# EXHIBIT B

# EXHIBIT B



McDonald Hopkins LLC
600 Superior Avenue, East
Suite 2100
Cleveland, OH 44114

Direct Dial: 216.348.5730
E-mail: mcavanagh@mcdonaldhopkins.com

P 1.216.348.5400
F 1.216.348.5474

August 7, 2020

**Via Federal Express
(Tracking No. 3955 9613 4710)**

Aim High Investment Group, LLC
dba High Voltage
Attn: Michael Salame
2875 N. Lamb Blvd., Suite #12
Las Vegas, Nevada 89115

Re:  **Infringement of Spectrum's Synthetic Urine Patents**

Dear Mr. Salame:

We represent Spectrum Laboratories, LLC ("Spectrum"), owner of the patented *Quick Fix* synthetic urine product. You should have received a July 31, 2020 letter from Spectrum's in-house counsel, Charles A. Bruch, Esq., a copy of which is enclosed. Since that letter, Spectrum has obtained evidence that your company's *XStream* synthetic urine product does, in fact, infringe Spectrum's U.S. Patent No. 7,192,776 (the "'776 patent") and U.S. Patent No. 9,128,105 (the "'105 patent").

Spectrum has retained us to enforce its patent rights against Aim High Investment Group, LLC, dba High Voltage ("Aim High") and any entities or individuals that are participating in these infringing activities. Spectrum is committed to stopping infringement of its patents. Thus, if Aim High desires to resolve this dispute amicably and without a lawsuit, it must provide the following to me in writing by no later than ***August 21, 2020***:

(1) Confirmation that Aim High has ceased and will forever desist from making, using, importing, offering to sell, and selling any synthetic urine: (a) covered by any of the claims of the '776 or '105 patents, or (b) made by the methods claimed by those patents, including (without limitation) the XStream product.

(2) Confirmation that Aim High has advised all third-parties associated with Aim High to immediately cease and desist from making, using, importing, offering to sell, and selling any synthetic urine: (a) covered by any of the claims of the '776 or '105 patents, or (b) made by the methods claimed by those patents, including (without limitation) the XStream product.

(3) A report detailing Aim High's remaining inventory of synthetic urine, and Aim High's written agreement to destroy that inventory.

(4) A full written accounting of all Aim High's sales of synthetic urine, including (without limitation) the annual units sold and annual revenue for each product.

Aim High Investment Group, LLC
August 7, 2020
Page 2

    (5)    Name and contact information for each customer, distributor, retailer, or other business or individual to whom Aim High has sold or otherwise provided synthetic urine.

    (6)    Name and contact information for each manufacturer, supplier, distributor, or other business from whom Aim High has obtained any synthetic urine, including any business that has made or privately-labeled synthetic urine for Aim High.

    (7)    A sworn affidavit by you certifying that the information and representations that Aim High provides in response to this letter are true, accurate, and complete.

After receiving this information, Spectrum will provide Aim High with the damage amount that it must pay to Spectrum as compensation for its infringing sales and activities.

This matter should not be taken lightly and will not be resolved by ignoring this letter. Courts routinely grant injunctive relief and money damages for such infringement. Moreover, if your business continues to infringe after receiving this infringement notice, its infringement will be willful, which may subject it to liability for triple damages and attorneys' fees. Please know that Spectrum intends to vigorously pursue all legal remedies available to it should Aim High ignore this letter or fail comply with these demands. If you have any questions concerning this matter, please call me or have your legal counsel contact me.

Sincerely,

s/ Matthew J. Cavanagh

Matthew J. Cavanagh

Enclosures

{9014792: }

