NICHOLAS J. SANTORO (NBN. 532)
JASON D. SMITH (NBN 9691)
SANTORO WHITMIRE, LTD.
10100 W. Charleston Blvd., Suite 250
Las Vegas, Nevada 89135
Telephone:   (702) 948-8771
Facsimile:   (702) 948-8773
E-mail: nsantoro@santoronevada.com; jsmith@santoronevada.com

DAVID B. CUPAR (Admitted *Pro Hac Vice*)
MATTHEW J. CAVANAGH (Admitted *Pro Hac Vice*)
MCDONALD HOPKINS LLC
600 Superior Avenue East, Suite 2100
Cleveland, OH 44114
Telephone:   (216)348-5730
Facsimile:   (216)348-5474
E-Mail: dcupar@mcdonaldhopkins.com, mcavanagh@mcdonaldhopkins.com

Attorneys for Defendant and Counterclaimant
SPECTRUM LABORATORIES, LLC

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| AIM HIGH INVESTMENT GROUP, LLC, <br><br> Plaintiff/Counter-Defendant, <br><br> v. <br><br> SPECTRUM LABORATORIES, LLC <br><br> Defendant/Counterclaimant. | Case No.   2:22-cv-00158-GMN-DJA <br><br> **STIPULATION TO EXTEND DEADLINE FOR NON-PARTIES S&N LABS AND ELEMENT TO OPPOSE AIM HIGH'S MOTION TO COMPEL [ECF #20]** <br><br> **(First Request)** |

In accordance with LR IA 6-1 and LR 7-1, the parties, through their respective counsel, stipulate to extend the time for non-parties S&N Labs ("S&N") and Element Santa Fe Springs ("Element") to oppose Plaintiff Aim High Investment Group, LLC's ("Aim High's") Motion to Compel Response to Subpoena Duces Tecum (ECF #20) by seven days, until 9:00 a.m. (PDT), July 15, 2022. This is the first stipulation for extension of this deadline.

1.   On June 24, 2022, Aim High moved to compel S&N and Element to respond to their respective subpoenas duces tecum that sought production of documents.

2.   By rule, Element's and S&N's opposition to that motion is due within 14 days, *i.e.*, by July 8, 2022.

{10526767: }

3. S&N and Element, however, need additional time to draft their opposition briefs due to a family vacation during the week of June 27, 2022, by the S&N and Element attorney most familiar with the issues and due to the impact of the July 4 Holiday on work schedules for S&N's and Element's counsel.

4. All parties, including the movant Aim High, and non-parties agree and stipulate that S&N and Element may have an additional seven days to oppose, until 9:00 a.m. (PDT), July 15, 2022.

5. This requested extension of time is not sought for delay or any other improper purpose, but instead is sought due to a genuine need for more time.

6. The parties and non-parties respectfully submit that the reasons set forth above constitute good cause of the extension.

DATED this 7th day of July, 2022

MCDONALD HOPKINS LLC

 /s/ Matthew J. Cavanagh
Matthew J. Cavanagh
Admitted *Pro Hac Vice*
600 Superior Ave., East, Ste. 2100
Cleveland, Ohio 44114

*Attorneys for Defendant/Counterclaimant Spectrum Laboratories, LLC*

DATED this 7th day of July, 2022

GILE LAW GROUP, LTD.

 /s/ Ryan Gile
Ryan Gile, Esq.
Nevada Bar No. 8807
1180 N. Town Center Drive, Suite 100
Las Vegas, Nevada 89144

*Attorneys for Plaintiff/Counter-Defendant Aim High Investment Group, LLC*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  July 8, 2022

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2022, the foregoing was served automatically to all counsel of record via the Clerk's CM/ECF system.

    /s/ Matthew J. Cavanagh
Matthew J. Cavanagh
*Counsel for Defendant/Counterclaimant*
*Spectrum Laboratories, LLC*

{10526767: }