# Exhibit 3

# Cavanagh, Matthew J.

| | |
|---|---|
| **From:** | Ryan Gile <rg@gilelawgroup.com> |
| **Sent:** | Friday, August 14, 2020 2:18 PM |
| **To:** | Cavanagh, Matthew J. |
| **Cc:** | Cupar, David B. |
| **Subject:** | [External] RE: Spectrum Laboratories LLC v. Aim High Investment Group, LLC (AIMHIGH.0022L) |

Hi Matt,

Thank you for providing the copy of the letter and for the additional time.

Your firm's correspondence was quite clear in stating that "Spectrum **has obtained evidence** that your company's XStream synthetic urine product does, in fact, infringe Spectrum's" patents.  My email requested that you provide such evidence as part of our firm's evaluation, but it does not appear that you included such with your response.

Indeed, such evidence must have been so clear and strong that your client did not wish to wait for my client to even respond to your client's original July 31st letter by the August 21, 2020 deadline, and instead directed your firm to send out your own letter ten days later (prior to the deadline) with its stronger assertions and demands.

So I wish to reiterate our request.  If Spectrum has evidence that my client's product does infringe, then turn such evidence over so it can be evaluated and, if necessary, addressed in our response – and if there are confidentiality concerns, I can address such concerns in the same manner  you propose.   You would inevitably disclose such evidence in any lawsuit or certainly early in discovery, so there is no reasonable not to turn it over now if Spectrum is confident in the strength of such evidence and the validity of its position on patent infringement.

Best Regards,

Ryan Gile

**Gile Law Group**
*Intellectual Property • Corporate Transactions • Business Litigation*
The Canyons at Summerlin
1180 N. Town Center Drive, Suite 100, Las Vegas, Nevada  89144
T: (702) 703-7288    Website: www.GileLawGroup.com     E-mail: rg@gilelawgroup.com

| | |
|---|---|
| Recognized by The Best Lawyers in America® (2018, 2019, 2020) for Trademark Law and Copyright Law | Named among "Best Law Firms" by U.S. News & World Report |
| AV Preeminent® peer review rating from Martindale Hubbell | Five Star Ratings on Yelp and Google |

This e-mail communication, including any attachments and appended messages, is for its intended recipient(s) only, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient(s), you are hereby notified that any review, dissemination, distribution, copying, storage or other use of all or any portion of this e-mail communication is strictly prohibited. If you have received this e-mail communication in error, please notify us immediately, delete it from your system, and destroy any hard copy you may have printed.  Thank you for your consideration and attention in this regard.

**From:** Cavanagh, Matthew J. <mcavanagh@mcdonaldhopkins.com>
**Sent:** Friday, August 14, 2020 10:35 AM
**To:** 'Ryan Gile' <rg@gilelawgroup.com>
**Cc:** Cupar, David B. <dcupar@mcdonaldhopkins.com>
**Subject:** RE: Spectrum Laboratories LLC v. Aim High Investment Group, LLC (AIMHIGH.0022L)

Ryan,

Attached is the original letter that was sent by Spectrum.

You may have until August 28 to respond to my more recent letter.

If Aim High believes it does not infringe, then please have it provide the formula so we can show how XStream's own formula compares to the patents' claims. If there are confidentiality concerns, I can agree to treat the formula as ATTORNEYS' EYES ONLY and not share it with Spectrum or anyone else outside of our law firm.

Regards,
Matt



**Matt Cavanagh**
Member

T: 216.348.5730
F: 216.348.5474
mcavanagh@mcdonaldhopkins.com
www.mcdonaldhopkins.com

600 Superior Avenue East
Suite 2100
Cleveland, OH 44114



---

**From:** Ryan Gile [mailto:rg@gilelawgroup.com]
**Sent:** Thursday, August 13, 2020 11:50 AM
**To:** Cavanagh, Matthew J.
**Subject:** [External] Spectrum Laboratories LLC v. Aim High Investment Group, LLC (AIMHIGH.0022L)

*For Settlement Purposes Only*
*Not Admissible Under FRE 408*

Dear Mr. Cavanagh,

Please be advised that this law firm represents Aim High Investment Group, LLC ("Aim High").  This email is in response to your firm's letter dated August 7, 2020, written on behalf of your client, Spectrum Laboratories, LLC ("Spectrum"), alleging patent infringement by Aim High of two of Spectrum's U.S. patents.

I am just beginning the process of investigating the facts of this matter and reviewing the information provided in your letter to understand more clearly the facts and circumstances giving rise to the present dispute.

To that end, your letter references a July 31, 2020 letter from Spectrum's in-house counsel; however, my client was not able to provide me with a copy of such correspondence. My client indicated that it never received such letter (likely because of a recent warehouse move) and that no copy was included in this most recent correspondence (despite the letter indicating such). Would you please email me a copy of this letter for further evaluation in connection with your client's allegations?

In addition, your letter also expressly references evidence that Aim High's XStream product infringes upon your client's patent. Please provide us with such evidence. And if your client has already prepared claim charts to illustrate the purported infringement, we would also ask for you to turn those over as well.

Finally, out of professional courtesy, I would respectfully request additional time to Friday, August 28, 2020, in order for me to respond to your letters. I appreciate in advance your professional courtesy in this matter. Giving me this time will allow me to have a better understanding regarding the full scope of your client's claims and possibly allow us to bring this matter to a quick and amicable resolution.

Meanwhile, if you have any questions about any of the above, feel free to contact me directly.

*Nothing contained in or omitted from this correspondence is or shall be deemed to be either a full statement of the facts or applicable law, an admission of any fact, or a waiver or limitation of any of my client's rights or remedies, equitable or otherwise, all of which are specifically retained and reserved.*

Best Regards,

Ryan Gile

**Gile Law Group**
*Intellectual Property • Corporate Transactions • Business Litigation*
The Canyons at Summerlin
1180 N. Town Center Drive, Suite 100, Las Vegas, Nevada  89144
T: (702) 703-7288    Website: www.GileLawGroup.com    E-mail: rg@gilelawgroup.com

| | |
|---|---|
| Recognized by The Best Lawyers in America® (2018, 2019, 2020) for Trademark Law and Copyright Law | Named among "Best Law Firms" by U.S. News & World Report |
| AV Preeminent® peer review rating from Martindale Hubbell | Five Star Ratings on Yelp and Google |

This e-mail communication, including any attachments and appended messages, is for its intended recipient(s) only, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient(s), you are hereby notified that any review, dissemination, distribution, copying, storage or other use of all or any portion of this e-mail communication is strictly prohibited. If you have received this e-mail communication in error, please notify us immediately, delete it from your system, and destroy any hard copy you may have printed.  Thank you for your consideration and attention in this regard.

[WARNING] This email originated outside of McDonald Hopkins.
Do not click links or open attachments unless you recognize the sender and know the content is safe. Do not provide your user ID or password!