# Exhibit 5



McDonald Hopkins LLC
600 Superior Avenue, East
Suite 2100
Cleveland, OH 44114

P 1.216.348.5400
F 1.216.348.5474

Direct Dial: 216.348.5730
E-mail: mcavanagh@mcdonaldhopkins.com

### *** CONFIDENTIAL AND SUBJECT TO FRE 408 ***

January 8, 2021

**Via Email (rg@gilelawgroup.com)**

Ryan Gile, Esq.
GILE LAW GROUP
The Canyons at Summerlin
1180 No. Town Center Dr., Ste. 100
Las Vegas, NV 89144

**Re:** **Spectrum's Synthetic Urine Patents**

Dear Mr. Gile:

I write on behalf of Spectrum Laboratories, LLC regarding your client Aim High Investment Group, LLC's synthetic urine product, *XStream*. I previously wrote to you regarding Spectrum's concerns that *XStream* infringes Spectrum's U.S. Patent Nos. 7,192,776 and 9,128,105.

In past correspondence, you asserted that the "*XStream* product does not contain a biocide" and requested Spectrum's evidence of infringement. After careful consideration of your request, Spectrum has authorized me to produce the attached test report of *XStream*.[1] We provide this test report confidentially and under FRE 408, request that you and Aim High not share the report and its contents with any third-parties, and make this disclosure without any waiver of privilege or work-product. The report shows that the *XStream* product tested positive for two different biocides: methylisothiazolinone and chloromethylisothiazolinone. Each of these biocides is an isothiazoline, which is a claimed biocide in both patents. Based on this, we request that Aim High provide the following:

(1) All past and present formulas for XStream, which I will agree to maintain as "Attorneys' Eyes Only" and not share with Spectrum;

(2) An affidavit by a representative from Aim High with relevant knowledge and authority to speak for the company that (a) verifies as accurate the formulas provided, and (b) confirms that Aim High has never used any of the claimed biocides in its synthetic urine products; and

---

[1] We have redacted information from the report concerning testing of other products unrelated to XStream and Aim High.

{9328516: }

Ryan Gile, Esq.
Page 2

    (3)    A promise to notify Spectrum if changes to the formula occur and to provide the new formula(s), which will be maintained as "Attorneys' Eyes Only" by me and not shared with Spectrum.

Please provide the courtesy of a response by **January 22, 2021**. Meanwhile, please feel free to call or write if you have questions, concerns, or would like to discuss further.

Sincerely,

s/ Matthew J. Cavanagh

Matthew J. Cavanagh



# S & N LABS

2021 E. Fourth Street        Santa Ana, California 92705        (714) 543-2211

13 September 2020

| Job Number: | 23977 |
|---|---|
| PO Number: | verbal |

Matt Stephens
Spectrum Laboratories
P.O. Box 8401
Cincinnati, Ohio  45208

## REVISED REPORT OF ANALYSIS

Three boxes of synthetic urine products were received on 5 May 2020.  The liquids in the bottles were analyzed for common biocides using high pressure liquid chromatography (HPLC), liquid chromatograph with mass spectrometry (LC-MS) and gas chromatography with mass spectrometry (GC-MS).  The results are summarized in the table below.

| Sample | Biocides Identified |
|---|---|
| ██████ | ██████ |
| X Stream | methylisothiazolinone chloromethylisothiazolinone |

*signature*

Neil E. Spingarn, Ph.D.
President