Ryan Gile, Esq.
rg@gilelawgroup.com
Nevada Bar No. 8807
**GILE LAW GROUP, LTD.**
1180 N. Town Center Drive, Suite 100
Las Vegas, NV 89144
Tel. (702) 703-7288

*Attorneys for Plaintiff/Counter-Defendant*
*Aim High Investment Group, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AIM HIGH INVESTMENT GROUP, LLC,<br><br>Plaintiff/Counter-Defendant,<br><br>v.<br><br>SPECTRUM LABORATORIES, LLC,<br><br>Defendant/Counterclaimant. | Case 2:22-cv-00158-GMN-DJA<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that attorneys James K. Cleland, Esq. and Franklin M. Smith, Esq. (*pro hac vice to be submitted*), of the law firm Dickinson Wright PLLC, hereby enter their appearance as counsel of record for Plaintiff/Counter-Defendant AIM HIGH INVESTMENT GROUP, LLC.

Dated: November 8, 2022

Respectfully Submitted,

**GILE LAW GROUP, LTD.**

*/s/ Ryan Gile*
Ryan Gile, Esq.
Nevada Bar No. 8807
rg@gilelawgroup.com
1180 N. Town Center Drive, Suite 100
Las Vegas, Nevada 89144
Tel. (702) 703-7288

**DICKINSON WRIGHT PLLC**
JAMES K. CLELAND
*(Pro Hac Vice to be submitted)*
350 S. Main Street, Suite 300

GLG-30677                    1

Ann Arbor, MI 48104,
JCleland@dickinsonwright.com
Tel: 734-436-7356

FRANKLIN M. SMITH
*(Pro Hac Vice to be submitted)*
2600 W. Big Beaver Rd, Suite 300
Troy, Michigan 48084
FSmith@dickinsonwright.com,
Tel: 248-433-7393

*Attorney for Plaintiff/Counter-Defendant
Aim High Investment Group, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 8, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I further certify that a true and correct copy of the foregoing document is being served via transmission of Notices of Electronic Filing generated by CM/ECF to all participants in the case who are registered CM/ECF users.

                                        */s/ Ryan Gile*
                                        Employee, Gile Law Group Ltd.