NICHOLAS J. SANTORO (NBN. 532)
JASON D. SMITH (NBN 9691)
SANTORO WHITMIRE, LTD.
10100 W. Charleston Blvd., Suite 250
Las Vegas, Nevada 89135
Telephone:  (702) 948-8771
Facsimile:   (702) 948-8773
E-mail: nsantoro@santoronevada.com; jsmith@santoronevada.com

DAVID B. CUPAR (Admitted *Pro Hac Vice*)
MATTHEW J. CAVANAGH (Admitted *Pro Hac Vice*)
MCDONALD HOPKINS LLC
600 Superior Avenue East, Suite 2100
Cleveland, OH 44114
Telephone:   (216)348-5730
Facsimile:    (216)348-5474
E-Mail: dcupar@mcdonaldhopkins.com, mcavanagh@mcdonaldhopkins.com

Attorneys for Defendant and Counterclaimant
SPECTRUM LABORATORIES, LLC

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| AIM HIGH INVESTMENT GROUP, LLC,<br><br>Plaintiff/Counter-Defendant,<br><br>v.<br><br>SPECTRUM LABORATORIES, LLC<br><br>Defendant/Counterclaimant. | Case No.   2:22-cv-00158-GMN-DJA<br><br>**SPECTRUM'S MOTION FOR EXTENSION OF TIME TO RESPOND**<br><br>**(First  Request)** |

Defendant Spectrum Laboratories moves to extend its December 30, 2022 deadline to respond to defendant's December 17, 2022 motion to strike (ECF #42) by two weeks, until January 13, 2023. Spectrum contacted plaintiff, who does not oppose this motion. This is the first stipulation for extension of time to file.

The good cause for the request is that Spectrum and its attorneys need additional time to investigate the law and facts that plaintiff's motion puts at issue, to analyze options for responding, and to draft a cogent response. This need for more time is heightened by obligations related to the upcoming Christmas and New Year's holidays and counsel's family vacations during that time.

{10870908: }

This extension is not sought for delay or for any other improper purpose, but rather is requested due to a genuine need for more time. As plaintiff consents to the motion, and no other deadlines will be impacted, no party would be prejudiced by the granting of it.

Therefore, the Court should grant this motion and allow Spectrum until January 13, 2022, to respond to the Motion to Strike.

Dated: December 26, 2022

Respectfully submitted,

/s/ David B. Cupar
David B. Cupar (admitted *pro hac vice*)
Matthew J. Cavanagh (admitted *pro hac vice*)
MCDONALD HOPKINS LLC
600 Superior Avenue, East, Ste. 2100
Cleveland, Ohio 44114
t 216-348-5400 │ f 216-348-5474
dcupar@mcdonaldhopkins.com
mcavanagh@mcdonaldhopkins.com

NICHOLAS J. SANTORO
Nev. Bar No. 532
JASON D. SMITH, ESQ.
Nev. Bar. No. 9691
SANTORO WHITMIRE, LTD.
10100 W. Charleston Blvd., Suite 250
Las Vegas, Nevada 89135
Telephone:   (702) 948-8771
Facsimile:   (702) 948-8773
E-mail: nsantoro@santoronevada.com
E-mail: jsmith@santoronevada.com

*Attorneys for Spectrum Laboratories, LLC*

**IT IS SO ORDERED**.

DATED: December 29, 2022

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

{10870908: }                                    2