1  NICHOLAS J. SANTORO (NBN. 532)
   JASON D. SMITH (NBN 9691)
2  SANTORO WHITMIRE, LTD.
   10100 W. Charleston Blvd., Suite 250
3  Las Vegas, Nevada 89135
   Telephone:   (702) 948-8771
4  Facsimile:   (702) 948-8773
   E-mail: nsantoro@santoronevada.com; jsmith@santoronevada.com
5
   DAVID B. CUPAR (Admitted *Pro Hac Vice*)
6  MATTHEW J. CAVANAGH (Admitted *Pro Hac Vice*)
   MCDONALD HOPKINS LLC
7  600 Superior Avenue East, Suite 2100
   Cleveland, OH 44114
8  Telephone:   (216)348-5730
   Facsimile:   (216)348-5474
9  E-Mail: dcupar@mcdonaldhopkins.com, mcavanagh@mcdonaldhopkins.com

10 Attorneys for Defendant and Counterclaimant
   SPECTRUM LABORATORIES, LLC
11
                    **UNITED STATES DISTRICT COURT**
12                  **FOR THE DISTRICT OF NEVADA**

13 AIM HIGH INVESTMENT GROUP, LLC,   )   Case No.   2:22-cv-00158-GMN-DJA
                                     )
14       Plaintiff/Counter-Defendant, )  **JOINT MOTION FOR EXTENSION OF**
                                     )   **TIME TO RESPOND**
15 v.                                )
                                     )
16 SPECTRUM LABORATORIES, LLC        )   **(First  Request)**
                                     )
17       Defendant/Counterclaimant.  )
   _____  )
18
19         The Parties jointly move to extend their briefing deadlines related to two Aim High motions:

20 Aim High's Motion to Strike (ECF #24) and Motion to Compel (ECF #25) as follows:

21     •   Spectrum moves to have its January 13, 2023 deadline related to Aim High's Motion to

22         Compel by two weeks to noon (12:00 p.m.) Eastern Time on January 27, 2023.

23     •   Aim High moves to have its reply deadlines moved by one week: January 27 for its reply to

24         Spectrum's opposition to its Motion to Strike (ECF #24) and (should the Court grant

25         Spectrum's motion to extend) February 10 for its reply to Spectrum's opposition to its Motion

26         to Compel (ECF #25).

27         This is the first request for extensions of time sought by the parties with respect to each of

28 these deadlines.  Good cause exists for these extensions. The additional two weeks allows Spectrum

{10903608:2 }

and its attorneys to investigate Aim High's motion to compel to minimize any issues and prepare a response, if needed, that addresses only what issues remain. Also, good cause exists because Aim High served additional discovery on December 18, 2022 that are due by January 17, 2023, for which Spectrum did not have sufficient time to address the above due to the Christmas and New Year's holidays and numerous conflicting schedules during that time. Further, Spectrum's counsel also has had complex Federal Circuit appeal and District Court briefing that took a substantial amount of time to complete. In fairness, Spectrum agreed to allow Aim High additional time to respond to its oppositions to avoid prejudice on any party or counsel.

This extension is not at all sought for delay or for any other improper purpose, but rather is requested due to a genuine need for more time. Plaintiff Aim High consents to the motion, and no other deadlines will be impacted, no party would be prejudiced by the granting of it. Therefore, the Court should grant this motion and allow the extensions listed above.

Dated: January 12, 2023

Respectfully submitted,

/s/ David B. Cupar

/s/ Ryan Gile (by consent)

David B. Cupar (admitted *pro hac vice*)
Matthew J. Cavanagh (admitted *pro hac vice*)

RYAN GILE, ESQ. (NBN 8807)
**GILE LAW GROUP LTD.**
1180 N. Town Center Drive, Suite 100
Las Vegas, NV 89144
Tel. (702) 703-7288
Email: rg@gilelawgroup.com

MCDONALD HOPKINS LLC
600 Superior Avenue, East, Ste. 2100
Cleveland, Ohio 44114
t 216-348-5400 │ f 216-348-5474
dcupar@mcdonaldhopkins.com
mcavanagh@mcdonaldhopkins.com

JAMES K. CLELAND
(*Admitted Pro Hac Vice*)
**DICKINSON WRIGHT PLLC**
350 S. Main Street, Suite 300
Ann Arbor, MI 48104,
JCleland@dickinsonwright.com
Tel: 734-436-7356

NICHOLAS J. SANTORO
Nev. Bar No. 532
JASON D. SMITH, ESQ.
Nev. Bar. No. 9691
SANTORO WHITMIRE, LTD.
10100 W. Charleston Blvd., Suite 250
Las Vegas, Nevada 89135
Telephone:   (702) 948-8771
Facsimile:    (702) 948-8773
E-mail: nsantoro@santoronevada.com
E-mail: jsmith@santoronevada.com

FRANKLIN M. SMITH
(Admitted Pro Hac Vice)
**DICKINSON WRIGHT PLLC**
2600 W. Big Beaver Rd, Suite 300
Troy, Michigan 48084
FSmith@dickinsonwright.com,
Tel: 248-433-7393
*Attorneys for Plaintiff/Counter-Defendant*

*Attorneys for Spectrum Laboratories, LLC*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 1/17/2023