NICHOLAS J. SANTORO (NBN. 532)
JASON D. SMITH (NBN 9691)
HOLLEY DRIGGS
300 South 4th Street, Suite 1600
Las Vegas, Nevada 89101
Telephone:   (702) 791-0308
Facsimile:   (702) 791-1912
E-mail: nsantoro@nevadafirm.com; jsmith@nevadafirm.com

DAVID B. CUPAR (Admitted *Pro Hac Vice*)
MATTHEW J. CAVANAGH (Admitted *Pro Hac Vice*)
MCDONALD HOPKINS LLC
600 Superior Avenue East, Suite 2100
Cleveland, OH 44114
Telephone:   (216)348-5730
Facsimile:   (216)348-5474
E-Mail: dcupar@mcdonaldhopkins.com, mcavanagh@mcdonaldhopkins.com

Attorneys for Defendant and Counterclaimant
SPECTRUM LABORATORIES, LLC

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| AIM HIGH INVESTMENT GROUP, LLC, <br><br> Plaintiff/Counter-Defendant, <br><br> v. <br><br> SPECTRUM LABORATORIES, LLC <br><br> Defendant/Counterclaimant. | Case No.   2:22-cv-00158-GMN-DJA <br><br> **SPECTRUM'S UNOPPOSED MOTION TO EXTEND ITS RESPONSE TO AIM HIGH'S MOTION TO AMEND INVALIDITY CONTENTIONS (ECF #58)** <br><br> **(First Request)** |

Defendant Spectrum Laboratories moves to extend its March 3, 2023 deadline to respond to plaintiff's Motion for Leave to Supplement Noninfringement and Invalidity Contentions by two weeks, until March 13, 2023. ECF #58. Spectrum contacted plaintiff, who does not oppose this motion.

The good cause for the request is that Spectrum and its attorneys need additional time to investigate the law and facts that plaintiff's motion puts at issue, to analyze options for responding, and to draft a cogent response. This need for more time is because its attorneys will be traveling out of the country on vacation and for depositions in other cases.

{10870908: }

This extension is not sought for delay or for any other improper purpose, but rather is requested due to a genuine need for more time. As plaintiff consents to the motion, and no other deadlines will be impacted, no party would be prejudiced by the granting of it.

Therefore, the Court should grant this motion and allow Spectrum until March 13, 2023, to respond to the Motion for Leave to Supplement Noninfringement and Invalidity Contentions.

Dated: March 1, 2023

Respectfully submitted,

/s/ David B. Cupar
David B. Cupar (admitted *pro hac vice*)
Matthew J. Cavanagh (admitted *pro hac vice*)
MCDONALD HOPKINS LLC
600 Superior Avenue, East, Ste. 2100
Cleveland, Ohio 44114
t 216-348-5400 | f 216-348-5474
dcupar@mcdonaldhopkins.com
mcavanagh@mcdonaldhopkins.com

NICHOLAS J. SANTORO
Nev. Bar No. 532
JASON D. SMITH, ESQ.
Nev. Bar. No. 9691
HOLLEY DRIGGS
300 South 4th Street, Suite 1600
Las Vegas, Nevada 89101
Telephone:  (702) 791-0308
Facsimile:   (702) 791-1912
E-mail: nsantoro@nevadalaw.com
E-mail: jsmith@nevadalaw.com

*Attorneys for Spectrum Laboratories, LLC*

**IT IS SO ORDERED**.

DATED: March 2, 2023

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

{10870908: }

2