Ryan Gile, Esq.
*rg@gilelawgroup.com*
Nevada Bar No. 8807
**GILE LAW GROUP LTD**.
1180 N. Town Center Drive, Suite 100
Las Vegas, NV 89144
Tel. (702) 703-7288

JAMES K. CLELAND
*(Admitted Pro Hac Vice)*
**DICKINSON WRIGHT PLLC**
350 S. Main Street, Suite 300
Ann Arbor, MI 48104,
JCleland@dickinsonwright.com
Tel: 734-436-7356

*Attorneys for Plaintiff/Counter-Defendant
Aim High Investment Group, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AIM HIGH INVESTMENT GROUP, LLC,<br><br>Plaintiff/Counter-Defendant,<br><br>v.<br><br>SPECTRUM LABORATORIES, LLC<br><br>Defendant/Counterclaimant. | Case No.: 2:22-cv-00158-GMN-DJA<br><br>**AIM HIGH'S UNOPPOSED MOTION TO EXTEND THE TIME FOR ITS REPLY TO SPECTRUM'S OPPOSITION TO AIM HIGH'S MOTION TO SUPPLEMENT INVALIDITY AND NONINFRINGMENT CONTENTIONS (ECF # 71).**<br><br>**First Request** |

Plaintiff Aim High Investment Group, LLC moves to extend the time within which it may reply to Defendant Spectrum Laboratories' Opposition to Aim High's Motion to Supplement Its Contentions (ECF #71) by four days, from the current deadline of March 20, 2023, to and including March 24, 2023. Aim High has contacted counsel for Defendant, who has stated that Spectrum does not oppose this motion. This is Aim High's first request for an extension of this deadline.

The good cause for this request is that Aim High and its attorneys need additional time to investigate the law and facts raised in Spectrum's Opposition and to draft a reply because of the deposition schedule of Aim High's counsel this week and next week.

This extension is not sought for delay or any other improper purpose, but rather is sought because of a genuine need for more time. As Defendant consents to the grant of this motion and no other deadlines will be impacted, no party will be prejudiced by granting this motion.

Therefore, this Court should grant this motion and allow Aim High until March 24, 2023, to reply to Spectrum's Opposition to Aim High's Motion to Supplement Its Contentions.

Dated: March 16, 2023

Respectfully Submitted,

/s/ Ryan Gile
Ryan Gile, Esq.
**GILE LAW GROUP, LTD**
rg@gilelawgroup.com
Nevada Bar No. 8807
1180 N. Town Center Drive, Suite 100
Las Vegas, Nevada 89144
Tel. (702) 703-7288

JAMES K. CLELAND
*(Admitted Pro Hac Vice)*
**DICKINSON WRIGHT PLLC**
350 S. Main Street, Suite 300
Ann Arbor, MI 48104,
JCleland@dickinsonwright.com
Tel: 734-436-7356

*Attorneys for Plaintiff/Counter-Defendant*

**IT IS SO ORDERED**.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: March 17, 2023

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 16, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I further certify that a true and correct copy of the foregoing document is being served via transmission of Notices of Electronic Filing generated by CM/ECF to all participants in the case who are registered CM/ECF users.

                              */s/ Ryan Gile*
                              Employee, Gile Law Group Ltd.

GLG-30753

3