# EXHIBIT C

# EXHIBIT C

NICHOLAS J. SANTORO
Nev. Bar No. 532
JASON D. SMITH, ESQ.
Nev. Bar. No. 9691
HOLLEY DRIGGS
300 South 4th Street, Suite 1600
Las Vegas, Nevada 89101
Telephone:   (702) 791-0308
Facsimile:   (702) 791-1912
E-mail: nsantoro@nevadalaw.com
E-mail: jsmith@nevadalaw.com

DAVID B. CUPAR (*Pro Hac Vice*)
MATTHEW J. CAVANAGH (*Pro Hac Vice*)
MCDONALD HOPKINS LLC
600 Superior Avenue East, Suite 2100
Cleveland, OH 44114
Telephone:   (216)348-5730
Facsimile:   (216)348-5474
E-Mail: dcupar@mcdonaldhopkins.com, mcavanagh@mcdonaldhopkins.com

Attorneys for Defendant and Counterclaimant
SPECTRUM LABORATORIES, LLC

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| AIM HIGH INVESTMENT GROUP, LLC,<br><br>            Plaintiff/Counter-<br>            Defendant,<br><br>v.<br><br>SPECTRUM LABORATORIES, LLC<br><br>            Defendant/Counter-<br>            claimant. | Case No.    2:22-cv-00158-GMN-DJA<br><br>**SPECTRUM LABORATORIES, LLC'S SECOND AMENDED DISCLOSURE OF ASSERTED CLAIMS AND INFRINGEMENT CONTENTIONS** |

In accordance with this Court's Scheduling Order (ECF #18), LPRs 1-6 and 1-11, and the Court's Order granting, in part, Aim High's motion to strike (ECF #83), Spectrum Laboratories, LLC submits its Second Amended Disclosure of Asserted Claims and Infringement Contentions. The following disclosures and contentions are not admissions for purposes of claim construction. By serving these contentions, Spectrum does not

1

SPECTRUM'S SECOND AMENDED DISCLOSURE OF ASSERTED CLAIMS
AND INFRINGEMENT CONTENTIONS

32266694.1

represent that discovery on the issue of infringement is complete or that Spectrum has completed its infringement investigation against Aim High.

Spectrum has served Interrogatories and Rule 34 Requests for Production upon Aim High to compel it to disclose information about its businesses, the accused products, methods of manufacture, and the products' formulations and chemistry. Aim High's responses, and potentially third-party subpoena responses, should provide Spectrum with additional details about their infringing acts. Further, Spectrum expressly reserves its right to seek additional discovery on the issue of infringement or to raise additional bases for infringement. Spectrum therefore reserves its right to amend and supplement its contentions if it discovers additional relevant material bearing on these issues. Subject to and without waiver of the foregoing reservations, Spectrum makes the following disclosures and contentions.

## I.   Asserted Claims, the Accused Product, and Description of Acts of Infringement (LPR 1-6(a), (b), and (d))

Aim High has directly infringed claims 1-13 of the '776 patent and claims 1-13 of the '105 patent by making, using, selling, offering to sell, and/or importing at least the *XStream* Synthetic Urine Product

Aim High has induced and contributed to infringement of claims 1-4 of the '776 patent and claims 1-3 of the '105 patent by selling *XStream* with the specific intent that downstream buyers of *XStream* infringe by using those products, which is an act of direct infringement.

Aim High has induced and contributed to infringement of claims 1-4 of the '776 patent and claims 1-3 of the '105 patent by selling *XStream* with the specific intent that downstream buyers of *XStream* infringe by reselling or offering to resell those products, which is an act of direct infringement.

SPECTRUM'S SECOND AMENDED DISCLOSURE OF ASSERTED CLAIMS
AND INFRINGEMENT CONTENTIONS

32266694.1

Aim High has induced infringement of claims 1-13 of the '776 patent and claims 1-13 of the '105 patent to the extent it instructed others, including (without limitation) manufacturers, suppliers, vendors, independent contractors, or employees, to perform the following acts of direct infringement: (a) manufacture synthetic urine covered by claims 1-4 of the '776 patent and claims 1-3 of the '105 patent, or (b) use the methods covered by claims 5-13 of the '776 patent and claims 4-13 of the '105 patent to manufacture synthetic urine.

**II.      Claim Charts (LPR 1-6(c))**

Spectrum will prove infringement of claims 1-13 of both the '776 and '105 patent through evidence of infringement, the statutory presumption conferred by 35 U.S.C. § 295 (as to the method claims), or both. The charts below identify specifically where each element of each asserted claim is found within each accused product.

SPECTRUM'S SECOND AMENDED DISCLOSURE OF ASSERTED CLAIMS
AND INFRINGEMENT CONTENTIONS

32266694.1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**'776 Patent**

| Claim 1 | Infringement Contention |
|---|---|
| A synthetic urine solution comprising: | *XStream*'s box and website marketing confirms the product is a synthetic urine solution, *see xurine.com and xstreamurine.com.*[1] |
| water having a pH between 3 and 10; | *XStream* has water having a pH between 3 and 10. |
| creatinine and a biocide, said creatinine and biocide dissolved within said water to form a solution exhibiting a specific gravity and said creatinine and biocide selected in relative concentrations to minimize sepsis; | Aim High's website marketing confirms that *XStream* has creatinine, and Aim High did not deny that its product contains creatinine during pre-litigation communications; *XStream* has at least one biocide, namely methylisothiazolinone, which is an isothiazolinone; and the concentrations of biocide relative to creatinine minimize sepsis as demonstrated at least by the product not spoiling on store shelves or elsewhere. |

---

[1] At this stage, Spectrum takes no position as to whether the preamble is limiting. Instead, Spectrum merely shows that, if the Court determines that it is limiting, then the limitation is found in accused products.

SPECTRUM'S SECOND AMENDED DISCLOSURE OF ASSERTED CLAIMS
AND INFRINGEMENT CONTENTIONS

32266694.1

| at least one dissociated ionic compound also dissolved within said solution to adjust the specific gravity of the solution to between 1.005 g/cm³ and 1.025 g/cm³; and | *XStream* has at least one dissociated ionic compound, namely chloride; *XStream* has a specific gravity between 1.005 g/cm3 and 1.025 g/cm3. Spectrum further states that the Element test report that was provided to Aim High's counsel at his request on October 11, 2021, shows that *XStream* contains chloride and has a specific gravity of 1.010 g/cm3 at 25 deg. C. Spectrum also states that Aim High's non-infringement contentions do not dispute the presence of this limitation in *XStream*. Spectrum provides this supplemental information to comply with the Court's June 30, 2023 Order to allow Aim High to understand Spectrum's theory of infringement, and not to actually prove infringement. Spectrum provides this statement without waiver of any undisclosed work-product, including work-product relating to Element testing. Spectrum has not yet decided what evidence it will rely upon to prove infringement at the summary judgment and trial stages, and it has not yet selected any testifying expert. Spectrum will make those decisions later in accordance with the Court's case schedule, including deadlines for the disclosure of testifying expert reports and dispositive motions and briefing. |
|---|---|

SPECTRUM'S SECOND AMENDED DISCLOSURE OF ASSERTED CLAIMS
AND INFRINGEMENT CONTENTIONS

32266694.1

| wherein said biocide is selected from the group consisting of 2-bromo-4-hydroxyacetophenone, bronopols, carbamates, chlorothioethers, 2-2-Dibromo-3-nitrilopropionamide, 2-(Decylthio)ethanamine, glutaraldehydes, isothiazolines, Methylene bis(thiocyanate), polyquat, Alkyldimethylbenzylammonium chloride, sulfones, Bis(tributyltin) oxide, tertbuthylazines, Tetrachloro-2, 4, 6-cyano-3-benzonitrile, 2(thiocyanomethyIthio)benzothiazole, thiones, Tetrakish(hydroxymethyl)phosphonium sulfate, Tributyltetradecylphosphonium chloride,peroxides, hypochlorites, and super oxides. | *XStream* has at least one of the claimed biocides, namely methylisothiazolinone, which is an isothiazolinone. |
|---|---|

| Claim 2 | Infringement Contention |
|---|---|
| The synthetic urine solution of claim **1**, further including urea dissolved within said solution. | *XStream* meets the limitations of claim 1 (as set forth above) and has urea dissolved within the solution, as advertised by Aim High on its website: https://www.xstreamurine.com/xstream-fetish-urine.html |

| Claim 3 | Infringement Contention |
|---|---|
| The synthetic urine solution of claim **1**, wherein said at least one ionic compound is selected from the group consisting of carbonate salts, halide salts, hydroxide salts and bromides. | *XStream* meets the limitations of claim 1 (as shown above) and has at least one of the ionic compounds listed because chloride is a halide salt Spectrum also states that Aim High's non-infringement contentions do not dispute the presence of this limitation in *XStream*. |

| Claim 4 | Infringement Contention |
|---|---|

6                                                    2:22-cv-158

32266694.1

| The synthetic urine solution of claim 3, further including urea dissolved within said solution. | *XStream* meets the limitations of claim 3 (as shown above) and has urea dissolved within the solution, as advertised by Aim High on its website: https://www.xstreamurine.com/xstream-fetish-urine.html |
|---|---|

| Claim 5 | Infringement Contention |
|---|---|
| A method of manufacturing a synthetic urine solution comprising: | Because *XStream* is a synthetic urine solution, Aim High and its manufacturers, suppliers, vendors, independent contractors, and/or employees, have used a method of manufacturing a synthetic urine solution by making each of the Infringing Products.[2] |
| providing water; | *XStream* is manufactured by providing water. |
| dissolving creatinine and biocide into said water to form a solution exhibiting a specific gravity level, said creatinine and biocide being selected in relative concentrations to minimize sepsis, wherein said biocide is selected from the group consisting of 2-bromo-4-hydroxyacetophenone, bronopols, carbamates, chlorothioethers, 2-2-Dibromo-3-nitrilopropionamide, 2-(Decylthio)ethanamine, glutaraldehydes, isothiazolines, Methylene bis(thiocyanate), polyquat, AlkyIdimethvlbenzylammonium chloride, sulfones, Bis(tributyltin) oxide, tertbuthylazines, Tetrachloro-2, 4,6-cyano-3-benzonitrile, 2(thiocyanomethylthio) benzothiazole, thiones, Tetrakish(hydroxymethyl) phosphonium sulfate, Tributyltetradecylphosphonium, chloride, peroxides, hypochlorites, and | *XStream* is manufactured by dissolving creatinine and biocide into said water to form a solution exhibiting a specific gravity level, said creatinine and biocide being selected in relative concentrations to minimize sepsis, wherein at least one of the biocides is methylisothiazolinone, which is an isothiazolinone. |

---

[2] At this stage, Spectrum takes no position as to whether the preamble is limiting. Instead, Spectrum merely shows that, if the Court determines that it is limiting, then the limitation is found in the accused products.

32266694.1

| super oxides; and | |
|---|---|
| adjusting said specific gravity level of said solution to between 1.005 g/cm³ and 1.025 g/cm³. | *XStream* is manufactured by adjusting said specific gravity level of said solution to between 1.005 g/cm³ and 1.025 g/cm³. Spectrum further states that the Element test report that was provided to Aim High's counsel at his request on October 11, 2021, shows that *XStream* has a specific gravity of 1.010 g/cm3 at 25 deg. C. Spectrum also states that Aim High's non-infringement contentions do not dispute the presence of this limitation in *XStream*. Spectrum provides this supplemental information to comply with the Court's June 30, 2023 Order to allow Aim High to understand Spectrum's theory of infringement, and not to actually prove infringement. Spectrum provides this statement without waiver of any undisclosed work-product, including work-product relating to Element testing. Spectrum has not yet decided what evidence it will rely upon to prove infringement at the summary judgment and trial stages, and it has not yet selected any testifying expert. Spectrum will make those decisions later in accordance with the Court's case schedule, including deadlines for the disclosure of testifying expert reports and dispositive motions and briefing. |

| **Claim 6** | **Infringement Contentions** |
|---|---|
| The method of claim **5** further comprising sealing said synthetic urine solution within a container so as to further minimize sepsis of said synthetic urine solution. | *XStream* meets the limitations of claim 5 (as shown above) and is manufactured by "sealing said synthetic urine solution within a container so as to further minimize sepsis of said synthetic urine solution." |

| **Claim 7** | **Infringement Contentions** |
|---|---|
| The method of claim **6** further comprising | *XStream* meets the limitations of claim 6 (as |

8                                               2:22-cv-158

32266694.1

| adding urea to said synthetic urine solution | shown above) and is manufactured by "adding urea to said synthetic solution." |
|---|---|

| **Claim 8** | **Infringement Contentions** |
|---|---|
| The method of claim **5** further comprising adding urea to said synthetic urine solution. | *XStream* meets the limitations of claim 5 (as shown above) and is manufactured by "adding urea to said synthetic solution," as advertised by Aim High on its website: https://www.xstreamurine.com/xstream-fetish-urine.html |

| **Claim 9** | **Infringement Contentions** |
|---|---|
| The method of claim **5**, further comprising the step of adjusting the pH level of the solution between 3 and 10 | *XStream* is manufactured by "adjusting the pH level of the solution between 3 and 10." |

| **Claim 10** | **Infringement Contentions** |
|---|---|
| A method of manufacturing a synthetic urine solution comprising: | Because *XStream* is each a synthetic urine solution, Aim High and its manufacturers, suppliers, vendors, independent contractors, and/or employees, have used a method of manufacturing a synthetic urine solution by making each of the Infringing Products.[3] |
| providing water having a pH between 3 and 10; | *XStream* is manufactured by "adjusting the pH level of the solution between 3 and 10." |
| dissolving creatinine and at least one dissociating ionic compound in the water to form a solution exhibiting a specific gravity, said creatinine and at least one dissociating ionic compound selected in relative concentrations to adjust said specific gravity to between 1.005 g/cm³ and 1.025 g/cm³; adding a biocide into said solution, said biocide is selected from the group consisting of 2-bromo-4-hydroxyacetophenone, bronopols, | *XStream* is manufactured by dissolving creatinine and at least one dissociating ionic compound in the water to form a solution exhibiting a specific gravity, said creatinine and at least one dissociating ionic compound selected in relative concentrations to adjust said specific gravity to between 1.005 g/cm³ and 1.025 g/cm3; adding a biocide into said solution, where at least one of the biocides is methylisothiazolinone, which is an |

[3] At this stage, Spectrum takes no position as to whether the preamble is limiting. Instead, Spectrum merely shows that, if the Court determines that it is limiting, then the limitation is found in accused products.

SPECTRUM'S SECOND AMENDED DISCLOSURE OF ASSERTED CLAIMS
AND INFRINGEMENT CONTENTIONS

32266694.1

| | |
|---|---|
| carbamates, chlorothioethers, 2-2-Dibromo-3-nitrilopropionamide, 2-(Decylthio)ethanamine, glutaraldehydes, isothiazolines, Methylene bis(thiocyanate), polyquat, Alkyldimethylbenzylanmionium chloride, sulfones, Bis(tributyltin) oxide, tertbuthylazines, Tetrachloro-2, 4,6-cyano-3-benzonitrile, 2(thiocyanomethylthio) benzothiazole, thiones, Tetrakis(hydroxymethyl) phosphonium sulfate, Tributyltetradecylphosphonium chloride, peroxides, hypochlorites, and super oxides; and | isothiazolinone. Spectrum further states that the Element test report that was provided to Aim High's counsel at his request on October 11, 2021, shows that *XStream* contains chloride (a dissociating ionic compound) and has a specific gravity of 1.010 g/cm3 at 25 deg. C. Spectrum also states that Aim High's non-infringement contentions do not dispute the presence of this limitation in *XStream*. Spectrum provides this supplemental information to comply with the Court's June 30, 2023 Order to allow Aim High to understand Spectrum's theory of infringement, and not to actually prove infringement. Spectrum provides this statement without waiver of any undisclosed work-product, including work-product relating to Element testing. Spectrum has not yet decided what evidence it will rely upon to prove infringement at the summary judgment and trial stages, and it has not yet selected any testifying expert. Spectrum will make those decisions later in accordance with the Court's case schedule, including deadlines for the disclosure of testifying expert reports and dispositive motions and briefing. |
| removing bacteria from said solution. | *XStream* is manufactured by removing bacteria from solution. |

| Claim 11 | Infringement Contentions |
|---|---|
| The method of claim **10** wherein the step of dissolving creatinine and at least one dissociating ionic compound also includes dissolving urea in the water, said urea selected in a concentration relative to that of said creatinine and at least one dissociating ionic compound so as to | *XStream* meets the limitations of claim 10 (as shown above) and is manufactured by "dissolving urea in the water, said urea selected in a concentration relative to that of said creatinine and at least one dissociating ionic compound so as to maintain the specific gravity of the solution |

10                                                          2:22-cv-158

32266694.1

| maintain the specific gravity of the solution between 1.005 g/cm³ and 1.025 g/cm³. | between 1.005 g/cm³ and 1.025 g/cm³," namely 1.010 g/cm³. Spectrum further states that the Element test report that was provided to Aim High's counsel at his request on October 11, 2021, shows that *XStream* contains chloride (a dissociating ionic compound) and has a specific gravity of 1.010 g/cm3 at 25 deg. C. Spectrum also states that Aim High's non-infringement contentions do not dispute the presence of this limitation in *XStream*. Spectrum provides this supplemental information to comply with the Court's June 30, 2023 Order to allow Aim High to understand Spectrum's theory of infringement, and not to actually prove infringement. Spectrum provides this statement without waiver of any undisclosed work-product, including work-product relating to Element testing. Spectrum has not yet decided what evidence it will rely upon to prove infringement at the summary judgment and trial stages, and it has not yet selected any testifying expert. Spectrum will make those decisions later in accordance with the Court's case schedule, including deadlines for the disclosure of testifying expert reports and dispositive motions and briefing. |

| **Claim 12** | **Infringement Contentions** |
|---|---|
| The method of claim **11**, further comprising the step of sealing said synthetic urine solution within a container. | *XStream* meets the limitations of claim 11 (as shown above) and is manufactured by "sealing said synthetic urine within a container." |

| **Claim 13** | **Infringement Contentions** |
|---|---|
| The method of claim **10**, further comprising the step of sealing said synthetic urine solution within a container. | *XStream* meets the limitations of claim 10 (as shown above) is manufactured by "sealing said synthetic solution within a container." |

SPECTRUM'S SECOND AMENDED DISCLOSURE OF ASSERTED CLAIMS
AND INFRINGEMENT CONTENTIONS

32266694.1

**'105 Patent**

| Claim 1 | Infringement Contentions |
|---|---|
| A synthetic urine solution comprising: | *XStream*'s box and website marketing confirms the product is a synthetic urine solution, *see xurine.com and xstreamurine.com.*[4] |
| water having a pH between about 3 and about 10; | *XStream* has water having a pH between 3 and 10. |
| creatinine and a biocide, said creatinine and biocide dissolved within said water to form a solution exhibiting a specific gravity and said creatinine and biocide selected in relative concentrations to minimize sepsis; | Aim High's website marketing confirms that *XStream* has creatinine, and Aim High did not deny that its product contains creatinine during pre-litigation communications; *XStream* has at least one biocide, namely methylisothiazolinone, which is an isothiazolinone; and the concentrations of biocide relative to creatinine minimize sepsis as demonstrated at least by the product not spoiling on store shelves or elsewhere. |

---

[4] At this stage, Spectrum takes no position as to whether the preamble is limiting. Instead, Spectrum merely shows that, if the Court determines that it is limiting, then the limitation is found in the accused products.

SPECTRUM'S SECOND AMENDED DISCLOSURE OF ASSERTED CLAIMS
AND INFRINGEMENT CONTENTIONS

32266694.1

| | |
|---|---|
| at least one dissociated ionic compound also dissolved within said solution to adjust the specific gravity of the solution to between 1.005 g/cm³ and 1.025 g/cm³; wherein said biocide is selected from at least one of  2-bromo-4-hydroxyacetophenone, bronopols, carbamates, chlorothioethers, 2-2-Dibromo-3-nitrilopropionamide, 2-(Decylthio)ethanamine, glutaraldehydes, isothiazolines, Methylene bis(thiocyanate), polyquats, Alkyldimethylbenzylammonium chloride, sulfones, bis(tributyltin) oxide, tertbuthylazines, Tetrachloro-2, 4,6-cyano-3-benzonitrile, 2(thiocyanomethylthio)benzothiazole, thiones, Tetrakish(hydroxymethyl)phosphonium sulfate, Tributyltetradecylphosphonium chloride, peroxides, hypochlorites, and super oxides; and | *XStream* has at least one dissociated ionic compound also dissolved within said solution to adjust the specific gravity of the solution to between 1.005 g/cm³ and 1.025 g/cm3. *XStream* also has at least one of the biocides listed, namely methylisothiazolinone, which is an isothiazolinone. Spectrum further states that the Element test report that was provided to Aim High's counsel at his request on October 11, 2021, shows that *XStream* contains chloride (a dissociated ionic compound) and has a specific gravity of 1.010 g/cm3 at 25 deg. C. Spectrum also states that Aim High's non-infringement contentions do not dispute the presence of this limitation in *XStream*. Spectrum provides this supplemental information to comply with the Court's June 30, 2023 Order to allow Aim High to understand Spectrum's theory of infringement, and not to actually prove infringement. Spectrum provides this statement without waiver of any undisclosed work-product, including work-product relating to Element testing. Spectrum has not yet decided what evidence it will rely upon to prove infringement at the summary judgment and trial stages, and it has not yet selected any testifying expert. Spectrum will make those decisions later in accordance with the Court's case schedule, including deadlines for the disclosure of testifying expert reports and dispositive motions and briefing. |
| at least one urea compound provided in conjunction with the synthetic urine solution, wherein the at least one urea compound is carbamide peroxide, and optionally allantoin and optionally hydantoin. | *XStream* has at least one of the urea compounds listed, as advertised by Aim High on its website: https://www.xstreamurine.com/xstream-fetish-urine.html |

SPECTRUM'S SECOND AMENDED DISCLOSURE OF ASSERTED CLAIMS
AND INFRINGEMENT CONTENTIONS

32266694.1

| Claim 2 | Infringement Contentions |
|---|---|
| The synthetic urine solution of claim **1**, wherein the at least one urea compound is either dissolved within said solution or provided separately to be dissolved within said solution at a subsequent time. | *XStream* meets the limitations of claim 1 (as shown above) and has at least one urea compound dissolved within the solution, as advertised by Aim High on its website: https://www.xstreamurine.com/xstream-fetish-urine.html |

| Claim 3 | Infringement Contentions |
|---|---|
| The synthetic urine solution of claim **1**, wherein said at least one ionic compound is selected from at least one of carbonate salts, halide salts, hydroxide salts, and bromides. | *XStream* meets the limitations of claim 1 (as shown above) and has at least one of the ionic compounds listed because chloride is a halide salt Spectrum also states that Aim High's non-infringement contentions do not dispute the presence of this limitation in *XStream*. |

| Claim 4 | Infringement Contentions |
|---|---|
| A method of manufacturing a synthetic urine solution comprising: | Because *XStream* is each a synthetic urine solution, Aim High and its manufacturers, suppliers, vendors, independent contractors, and/or employees, have used a method of manufacturing a synthetic urine solution by making *XStream*.[5] |
| providing water; | *XStream* is manufactured by providing water. |
| dissolving creatinine and biocide into said water to form a solution exhibiting a specific gravity level, said creatinine and biocide being selected in relative concentrations to minimize sepsis, wherein said biocide is selected from at least one of  2-bromo-4-hydroxyacetophenone, bronopols, carbamates, chlorothioethers, 2-2-Dibromo-3-nitrilopropionamide, 2-(Decylthio)ethanamine, glutaraldehydes, isothiazolines, Methylene bis(thiocyanate), | *XStream* is manufactured by dissolving creatinine and biocide into said water to form a solution exhibiting a specific gravity level, said creatinine and biocide being selected in relative concentrations to minimize sepsis, wherein at least one of the biocides is methylisothiazolinone, which is an isothiazolinone. |

---

[5] At this stage, Spectrum takes no position as to whether the preamble is limiting. Instead, Spectrum merely shows that, if the Court determines that it is limiting, then the limitation is found in the accused products.

SPECTRUM'S SECOND AMENDED DISCLOSURE OF ASSERTED CLAIMS
AND INFRINGEMENT CONTENTIONS

32266694.1

| | |
|---|---|
| polyquats, Alkyldimethvlbenzylammonium chloride, sulfones, Bis(tributyltin) oxide, tertbuthylazines, Tetrachloro-2, 4,6-cyano-3-benzonitrile, 2(thiocyanomethylthio)benzothiazole, thiones, Tetrakish(hydroxymethyl)phosphonium sulfate, Tributyltetradecylphosphonium chloride, peroxides, hypochlorites, and super oxides; | |
| adjusting said specific gravity level of said solution to between 1.005 g/cm³ and 1.025 g/cm³; and | *XStream* is manufactured by adjusting said specific gravity level of said solution to between 1.005 g/cm³ and 1.025 g/cm³. Spectrum further states that the Element test report that was provided to Aim High's counsel at his request on October 11, 2021, shows that *XStream* has a specific gravity of 1.010 g/cm3 at 25 deg. C. Spectrum also states that Aim High's non-infringement contentions do not dispute the presence of this limitation in *XStream*. Spectrum provides this supplemental information to comply with the Court's June 30, 2023 Order to allow Aim High to understand Spectrum's theory of infringement, and not to actually prove infringement. Spectrum provides this statement without waiver of any undisclosed work-product, including work-product relating to Element testing. Spectrum has not yet decided what evidence it will rely upon to prove infringement at the summary judgment and trial stages, and it has not yet selected any testifying expert. Spectrum will make those decisions later in accordance with the Court's case schedule, including deadlines for the disclosure of testifying expert reports and dispositive motions and briefing. |
| providing at least one urea compound in conjunction with the synthetic urine | *XStream* is manufactured by providing at least one of the urea compounds listed, as |

32266694.1

| solution, wherein the at least one urea compound is carbamide peroxide, and optionally allantoin and optionally hydantoin. | advertised by Aim High on its website: https://www.xstreamurine.com/xstream-fetish-urine.html |
|---|---|

| Claim 5 | Infringement Contentions |
|---|---|
| The method of claim 4, wherein the at least one urea compound is either dissolved within said solution or provided separately to be dissolved within said solution at a subsequent time. | *XStream* meets the limitations of claim 4 (as shown above) and is manufactured by dissolving at least one urea compound within the solution, as advertised by Aim High on its website: https://www.xstreamurine.com/xstream-fetish-urine.html |

| Claim 6 | Infringement Contentions |
|---|---|
| The method of claim 4 further comprising sealing said synthetic urine solution within a container so as to further minimize sepsis of said synthetic urine solution. | *XStream* meets the limitations of claim 4 (as shown above) is manufactured by sealing the solution within a container to further minimize sepsis. |

| Claim 7 | Infringement Contentions |
|---|---|
| The method of claim 4, further comprising the step of adjusting the pH level of the solution between about 3 and about 10. | *XStream* meets the limitations of claim 4 (as shown above) is manufactured by adjusting the pH between 3 and 10. |

| Claim 8 | Infringement Contentions |
|---|---|
| A method of manufacturing a synthetic urine solution comprising: | Because *XStream* is each a synthetic urine solution, Aim High and its manufacturers, suppliers, vendors, independent contractors, and/or employees, have used a method of manufacturing a synthetic urine solution by making each of the Infringing Products.[6] |
| providing water having a pH between about 3 and about 10; | *XStream* is manufactured by providing water having a pH between 3 and 10. |
| dissolving creatinine and at least one dissociating ionic compound in the water to | *XStream* is manufactured by dissolving creatinine and at least one dissociating |

---

[6] At this stage, Spectrum takes no position as to whether the preamble is limiting. Instead, Spectrum merely shows that, if the Court determines that it is limiting, then the limitation is found in the accused products.

SPECTRUM'S SECOND AMENDED DISCLOSURE OF ASSERTED CLAIMS
AND INFRINGEMENT CONTENTIONS

32266694.1

| | |
|---|---|
| form a solution exhibiting a specific gravity, said creatinine and at least one dissociating ionic compound selected in relative concentrations to adjust said specific gravity to between 1.005 g/cm³ and 1.025 g/cm³; | ionic compound in the water to form a solution exhibiting a specific gravity, said creatinine and at least one dissociating ionic compound selected in relative concentrations to adjust said specific gravity to between 1.005 g/cm³ and 1.025 g/cm³. Spectrum further states that the Element test report that was provided to Aim High's counsel at his request on October 11, 2021, shows that *XStream* contains chloride (a dissociating ionic compound) and has a specific gravity of 1.010 g/cm3 at 25 deg. C. Spectrum also states that Aim High's non-infringement contentions do not dispute the presence of this limitation in *XStream*. Spectrum provides this supplemental information to comply with the Court's June 30, 2023 Order to allow Aim High to understand Spectrum's theory of infringement, and not to actually prove infringement. Spectrum provides this statement without waiver of any undisclosed work-product, including work-product relating to Element testing. Spectrum has not yet decided what evidence it will rely upon to prove infringement at the summary judgment and trial stages, and it has not yet selected any testifying expert. Spectrum will make those decisions later in accordance with the Court's case schedule, including deadlines for the disclosure of testifying expert reports and dispositive motions and briefing. |
| adding a biocide into said solution, said biocide is selected from at least one of 2-bromo-4-hydroxyacetophenone, bronopols, carbamates, chlorothioethers, 2-2-Dibromo-3-nitrilopropionamide, 2-(Decylthio)ethanamine, glutaraldehydes, isothiazolines, Methylene bis(thiocyanate), | *XStream* is manufactured by adding at least one of the biocides listed, namely methylisothiazolinone, which is an isothiazolinone. |

17                                                                                         2:22-cv-158

32266694.1

| | |
|---|---|
| polyquats, Alkyldimethylbenzylamnionium chloride, sulfones, Bis(tributyltin) oxide, tertbuthylazines, Tetrachloro-2, 4,6-cyano-3-benzonitrile, 2(thiocyanomethylthio)benzothiazole, thiones, Tetrakish(hydroxymethyl)phosphonium sulfate, Tributyltetradecylphosphonium chloride, peroxides, hypochlorites, and super oxides; | |
| removing bacteria from said solution; | *XStream* is manufactured by removing bacteria from the solution. |
| and providing at least one urea compound in conjunction with the synthetic urine solution, wherein the at least one urea compound is carbamide peroxide, and optionally allantoin and optionally hydantoin. | *XStream* is manufactured by providing at least one of the urea compounds listed in conjunction with the synthetic urine solution. |

| Claim 9 | Infringement Contentions |
|---|---|
| The method of claim **8**, wherein the at least one urea compound is either dissolved within said solution or provided separately to be dissolved within said solution at a subsequent time. | *XStream* meets the limitations of claim 8 (as shown above) and is manufactured by dissolving at least one urea compound in the solution. |

| Claim 10 | Infringement Contentions |
|---|---|
| The method of claim **9** wherein the step of dissolving creatinine and at least one dissociating ionic compound also includes dissolving the at least one urea compound in the water, said at least one urea compound selected in a concentration relative to that of said creatinine and at least one dissociating ionic compound so as to maintain the specific gravity of the solution between 1.005 g/cm³ and 1.025 g/cm³. | *XStream* meets the limitations of claim 9 (as shown above) and is manufactured by dissolving creatinine, at least one dissociating ionic compound, and at least one urea compound in the water, where the concentration of urea relative to creatinine and at least one dissociating iconic compound maintains the specific graving between 1.005 g/cm³ and 1.025 g/cm3. Spectrum further states that the Element test report that was provided to Aim High's counsel at his request on October 11, 2021, shows that *XStream* contains chloride (a dissociating ionic compound) and has a |

SPECTRUM'S SECOND AMENDED DISCLOSURE OF ASSERTED CLAIMS AND INFRINGEMENT CONTENTIONS

32266694.1

|  | specific gravity of 1.010 g/cm3 at 25 deg. C. Spectrum also states that Aim High's non-infringement contentions do not dispute the presence of this limitation in *XStream*. Spectrum provides this supplemental information to comply with the Court's June 30, 2023 Order to allow Aim High to understand Spectrum's theory of infringement, and not to actually prove infringement. Spectrum provides this statement without waiver of any undisclosed work-product, including work-product relating to Element testing. Spectrum has not yet decided what evidence it will rely upon to prove infringement at the summary judgment and trial stages, and it has not yet selected any testifying expert. Spectrum will make those decisions later in accordance with the Court's case schedule, including deadlines for the disclosure of testifying expert reports and dispositive motions and briefing. |
|---|---|

| Claim 11 | Infringement Contentions |
|---|---|
| The method of claim **10**, further comprising the step of sealing said synthetic urine solution within a container. | *XStream* meets the limitations of claim 10 (as shown above) and is manufactured by sealing the solution in a container. |

| Claim 12 | Infringement Contentions |
|---|---|
| The method of claim **8**, further comprising the step of sealing said synthetic urine solution within a container. | *XStream* meets the limitations of claim 8 (as shown above) and is manufactured by sealing the solution in a container. |

| Claim 13 | Infringement Contentions |
|---|---|
| The method of claim **8**, wherein the bacteria are removed from said solution using an in situ agent selected from at least one of | *XStream* meets the limitations of claim 8 (as shown above) and is manufactured by using at least one of the in situ agents listed to |

SPECTRUM'S SECOND AMENDED DISCLOSURE OF ASSERTED CLAIMS
AND INFRINGEMENT CONTENTIONS

32266694.1

| | |
|---|---|
| ozone, dioxides, ultraviolet radiation, and irradiation processes followed by hermetic sealing of the solution. | remove bacteria, followed by hermetic sealing of the solution. |

## III.   Literal presence v. Doctrine of Equivalents (LPR 1-6(e))

Based upon the foregoing, Spectrum contends that each element of each asserted claim limitation is literally present in *XStream*. To the extent the finder of fact is asked to decide whether one or more claim limitations are present in Xstream, Spectrum reserves the right to assert each claim limitation is either literally present or present under the doctrine of equivalents.

## IV.   Priority of Prior Application (LPR 1-6(f))

Spectrum does not contend that the '776 patent claims a priority date of an earlier filed application. The '105 patent claims the priority date of provisional application number 61/819,775, filed on May 6, 2013.

## V.   Spectrum Products that Practice the Inventions (LPR 1-6(g))

Spectrum asserts that its own synthetic urine products practice the '776 and '105 patents. Specifically, claims 1-13 of the '776 patent cover Spectrum's Quick Fix Synthetic Urine and Quick Fix Plus Synthetic Urine, but not as those products may have existed on or before January 28, 2003. Claims 1-13 of the '105 patent cover Spectrum's Quick Fix Synthetic Urine and Quick Fix Plus Synthetic Urine, but not as those products may have existed on or before May 6, 2012.

## VI.   Willful Infringement (LPR 1-6(h))

Aim High has willfully infringed the '776 and '105 patents because, despite knowledge of both patents, it engaged and continued to engage in activities that it knew would infringe both patents where the risk of infringement was obvious. Moreover, Aim High acted inconsistently with the standards of behavior for the industry, appear to have intentionally copied Spectrum's patented Quick Fix products, lacked any reasonable basis

32266694.1

for believing that it did not infringe or that the patents were invalid, did not make any good faith effort to avoid infringing either patent, has concealed their infringement, and likely has destroyed evidence of their infringement.

**VII.   Document Production (LPR 1-7)**

As to documents required to be produced together with these disclosures and contentions, Spectrum states:

(a) It has no documents evidencing any discussion with, disclosure to, or other manner of providing to a third party, or sale of or offer to sell, or any public use of, the claimed inventions before the patent application or priority date.

(b) Spectrum's conception and reduction to practice documents were produced in the file histories, as AIMHIGH00001 to AIMHIGH00391.

(c) The file histories for the patents were produced as AIMHIGH00001 to AIMHIGH00391.

(d) Documents evidencing Spectrum's ownership of the asserted patents are produced as Spectrum_00001 to Spectrum_00004.

(e) Spectrum's documents showing that its products are covered by its patents were produced as Spectrum000005-6; Spectrum000712-15

SPECTRUM'S SECOND AMENDED DISCLOSURE OF ASSERTED CLAIMS
AND INFRINGEMENT CONTENTIONS

32266694.1

Dated: July 20, 2023

Respectfully submitted,

/s/ Matthew J. Cavanagh
David B. Cupar (admitted *pro hac vice*)
Matthew J. Cavanagh (admitted *pro hac vice*)
MCDONALD HOPKINS LLC
600 Superior Avenue, East, Ste. 2100
Cleveland, Ohio 44114
t 216-348-5400 │ f 216-348-5474
dcupar@mcdonaldhopkins.com
mcavanagh@mcdonaldhopkins.com

NICHOLAS J. SANTORO
Nev. Bar No. 532
JASON D. SMITH, ESQ.
Nev. Bar. No. 9691
HOLLEY DRIGGS
300 South 4th Street, Suite 1600
Las Vegas, Nevada 89101
Telephone:   (702) 791-0308
Facsimile:   (702) 791-1912
E-mail: nsantoro@nevadalaw.com
E-mail: jsmith@nevadalaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2023, the foregoing was served by email upon counsel for each of the parties in the case.

  /s/ Matthew J. Cavanagh
Matthew J. Cavanagh

SPECTRUM'S SECOND AMENDED DISCLOSURE OF ASSERTED CLAIMS
AND INFRINGEMENT CONTENTIONS

32266694.132266694.132266694.132266694.132266694.132266694.132266694.132266694.1

32266694.132266694.1