NICHOLAS J. SANTORO (NBN. 532)
JASON D. SMITH (NBN 9691)
HOLLEY DRIGGS
300 South 4th Street, Suite 1600
Las Vegas, Nevada 89101
Telephone: (702) 791-0308
Facsimile: (702) 791-1912
E-mail: nsantoro@nevadafirm.com
          jsmith@nevadafirm.com

DAVID B. CUPAR (Admitted *Pro Hac Vice*)
MATTHEW J. CAVANAGH (Admitted *Pro Hac Vice*)
MCDONALD HOPKINS LLC
600 Superior Avenue East, Suite 2100
Cleveland, OH 44114
Telephone: (216)348-5730
Facsimile: (216)348-5474
E-Mail: dcupar@mcdonaldhopkins.com
          mcavanagh@mcdonaldhopkins.com

*Attorneys for Defendant and Counterclaimant*
*SPECTRUM LABORATORIES, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AIM HIGH INVESTMENT GROUP, LLC, <br><br> Plaintiff/Counter-Defendant, <br><br> v. <br><br> SPECTRUM LABORATORIES, LLC <br><br> Defendant/Counterclaimant. | Case No.: 2:22-cv-00158-GMN-DJA <br><br> **NOTICE OF NON-COMPLIANCE BY AIM HIGH WITH THE COURT'S ORDER (ECF #114)** |

Defendant Spectrum Laboratories, LLC, Files this Notice of Non-Compliance by Aim High of the Court's January 5, 2024 Order (ECF #114). "To avoid delay" of this case, the Court ordered Aim High file a status report by January 19, 2024 addressing the following three issues:

(i)     the retention of new counsel;

(ii)     (ii) what AH was going to do about the depositions scheduled on AH personnel this week, and

(iii)     (iii) extending discovery past the current deadline of January 29.

1

33120960.1

(ECF #114 at 2.)

Aim High did not file the status report by January 19, 2024 as ordered by the Court. A limited liability company may not represent itself in federal court without legal counsel. *See Rowland v. California Men's Colony*, 506 U.S. 194, 201-02 (1993). Aim High is a for-profit limited liability company registered in Nevada, doing business in this state and generating revenue based on selling infringing product. Aim High has made no attempt whatsoever to have counsel enter an appearance on its behalf despite the fact that: (a) the Court's Order required Aim High to do so, (b) Aim High chose to file this lawsuit, and (c) Aim High had knowledge from its two sets of legal counsel that they withdrew from representation.

Based on Aim High's non-compliance, Spectrum requests a show cause hearing on why the Court should not dismiss Aim High's claims against Spectrum and enter default judgment against Aim High on Spectrum's counterclaim.

Dated: January 22, 2024

Respectfully submitted,

*/s/ Jason D. Smith*
NICHOLAS J. SANTORO (NBN. 532)
JASON D. SMITH (NBN 9691)
HOLLEY DRIGGS
300 South 4th Street, Suite 1600
Las Vegas, Nevada 89101
Telephone: (702) 791-0308
Facsimile: (702) 791-1912
E-mail: nsantoro@nevadafirm.com
          jsmith@nevadafirm.com

DAVID B. CUPAR (Admitted *Pro Hac Vice*)
MATTHEW J. CAVANAGH (Admitted *Pro Hac Vice*)
MCDONALD HOPKINS LLC
600 Superior Avenue East, Suite 2100
Cleveland, OH 44114
Telephone: (216)348-5730
Facsimile: (216)348-5474
E-Mail: dcupar@mcdonaldhopkins.com
          mcavanagh@mcdonaldhopkins.com

*Attorneys for Defendant and Counterclaimant*
*SPECTRUM LABORATORIES, LLC*

2

33120960.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the 22nd day of January 2024, I electronically filed the **NOTICE OF NON-COMPLIANCE BY AIM HIGH WITH THE COURT'S ORDER (ECF #114)** with the Clerk of the Court using the CM/ECF system which sent notification to the counsel of record in this matter and mailed a copy to:

Aim High Investment Group, LLC
Attn: Michael Salame, Manager
4980 Statz Street, Unite 120
North Las Vegas, NV 89081

                                          */s/ Jana Chaffee*
                                          An employee of HOLLEY DRIGGS

33120960.1