# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Aim High Investment Group, LLC,<br><br>Plaintiff,<br><br>v.<br><br>Spectrum Laboratories, LLC,<br><br>Defendant.<br><br>And related counterclaims. | Case No. 2:22-cv-00158-GMN-DJA<br><br>**Order** |

On January 5, 2024, the Court granted Aim High Investment Group, LLC's counsel's motion to withdraw. (ECF No. 114). The Court gave Aim High until January 19, 2024 to file a status report regarding its retention of counsel. (*Id.*). When Aim High missed that deadline, the Court held a show cause hearing at which it ordered Aim High to retain counsel on or before March 21, 2024 and, if Aim High could not retain new counsel by that time, to notify the Court of its efforts to retain counsel. (ECF No. 120). Aim High has again missed its deadline.

**IT IS THEREFORE ORDERED** that Aim High must show cause by filing a response to this order on or before **April 22, 2024** explaining why the Court should not issue and/or recommend sanctions for Aim High's failure to comply with Court orders and appear in this case through counsel.

**IT IS FURTHER ORDERED that failure to comply with this order may result in a recommendation of sanctions to the district judge.**

DATED: April 1, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE