**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AIM HIGH INVESTMENT GROUP, LLC,<br><br>　　　　　　Plaintiff,<br>　vs.<br><br>SPECTRUM LABORATORIES, LLC,<br><br>　　　　　　Defendant.<br>─────────────────────────────<br>SPECTRUM LABORATORIES, LLC,<br><br>　　　　　　Counter-Claimant,<br>　vs.<br><br>AIM HIGH INVESTMENT GROUP, LLC,<br><br>　　　　　　Counter-Defendant. | Case No.: 2:22-cv-00158-GMN-DJA<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

Pending before the Court is the Report and Recommendation ("R&R"), (ECF No. 129), of United States Magistrate Judge Daniel J. Albregts, which recommends dismissing the case without prejudice because Plaintiff failed to retain counsel by the first deadline of January 19, 2024, the next deadline of March 21, 2024, and the last deadline of May 28, 2024. The R&R also recommends that the Clerk's office enter default against Aim High on Spectrum's counterclaims.

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2. Upon the filing of such objections, the Court must make a *de novo* determination of those portions to which objections are made if the Magistrate Judge's findings and recommendations concern matters that may not be finally determined by a magistrate

judge. D. Nev. R. IB 3-2(b).  The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. R. IB 3-2(b).  Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985) (citing 28 U.S.C. § 636(b)(1)).  Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's R&R where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

Here, no objections were filed, and the deadline to do so has passed. (*See* R&R, ECF No. 129) (setting a September 10, 2024, deadline for objections).

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 129), is **ACCEPTED and ADOPTED** in full.

**IT IS FURTHER ORDERED** that the case is **DISMISSED** without prejudice.

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly instructed to enter default against Aim High on Spectrum's counterclaims and then close the case.

Dated this __18__ day of September, 2024.

_____
Gloria M. Navarro, District Judge
United States District Court