# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Aim High Investment Group LLC,

                Plaintiff,

v.

Spectrum Laboratories, LLC,

                Defendants.

_____

Spectrum Laboratories, LLC,

                Cross-Claimant,

v.

Aim High Investment Group LLC,

                Cross-Defendant.

_____

DEFAULT JUDGMENT

Case Number  2:22-cv-00158-GMN-DJA

It appearing from the records in the above entitled action on the Crossclaim dated 3/14/2022 has been regularly served upon the Cross-Defendant herein named; and it appearing from the records herein that each of said Cross-Defendant has failed to plead or otherwise defend in said action as required by and provided by the Federal Rules of Civil Procedure,

Now, therefore, on Order of the Court, the DEFAULT, as aforesaid, of each of the following Cross-Defendant, Aim High Investment Group LLC, in the above-entitled action is hereby entered.

Date: September 20, 2024

DEBRA K. KEMPI
Clerk



/s/ R. Gador
Deputy Clerk