NICHOLAS J. SANTORO (NBN. 532)
JASON D. SMITH (NBN 9691)
HOLLEY DRIGGS
300 South 4th Street, Suite 1600
Las Vegas, Nevada 89101
Telephone:   (702) 791-0308
Facsimile:    (702) 791-1912
E-mail: nsantoro@nevadafirm.com; jsmith@nevadafirm.com

DAVID B. CUPAR (Admitted *Pro Hac Vice*)
MATTHEW J. CAVANAGH (Admitted *Pro Hac Vice*)
MCDONALD HOPKINS LLC
600 Superior Avenue East, Suite 2100
Cleveland, OH 44114
Telephone:    (216)348-5730
Facsimile:     (216)348-5474
E-Mail: dcupar@mcdonaldhopkins.com, mcavanagh@mcdonaldhopkins.com

Attorneys for Defendant and Counterclaimant
SPECTRUM LABORATORIES, LLC

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| AIM HIGH INVESTMENT GROUP, LLC, | )<br>)<br>) Case No.: 2:22-cv-00158-GMN-DJA |
| Plaintiff/Counter-Defendant, | )<br>) |
| v. | )<br>) |
| SPECTRUM LABORATORIES, LLC | ) **SPECTRUM'S MOTION FOR**<br>) **ENTRY OF FINAL JUDGMENT**<br>) **IN A SEPARATE DOCUMENT** |
| Defendant/Counterclaimant. | )<br>)<br>) |

Defendant/counterclaimant Spectrum Laboratories, LLC respectfully moves this Court to enter final judgment in a separate document pursuant to Federal Rule of Civil Procedure 58(a).

1

36300308.2

**Background**

On June 3, 2025, this Court issued a six-page opinion and order granting summary judgment in favor of Spectrum and against plaintiff/counter-defendant Aim High Investment Group, LLC, in the total amount of $18,301,010. (ECF No. 142.)

**Legal Basis**

Rule 58(a) requires: "Every judgment and amended judgment must be set out in a separate document ..." *See Shalala v. Schaefer*, 509 U.S. 292, 302-03 (1993); *Yang v. Shalala*, 22 F.3d 213, 216 (9th Cir. 1994) (upholding separate document requirement).

**Request**

Spectrum respectfully asks this Court to enter a final judgment in a separate document to: (i) comply with the separate document requirement of Rule 58(a); and (ii) state, in a simple judgment form, the total monetary relief of $18,301,010 owed to Spectrum to facilitate recording the judgment in other jurisdictions and executing and collecting upon it.

The final judgment should state simply that Spectrum's motion for default judgment was granted, awarding monetary relief of $18,301,010 against Aim High Investment Group, LLC. For the Court's convenience, a proposed judgment is attached to this motion as Exhibit A.

Respectfully submitted,

Dated: June 6, 2025

  s/ Matthew J. Cavanagh
David B. Cupar (admitted *pro hac vice*)
Matthew J. Cavanagh (admitted *pro hac vice*)
MCDONALD HOPKINS LLC
600 Superior Avenue, East, Ste. 2100
Cleveland, Ohio 44114
t 216-348-5400 │ f 216-348-5474
dcupar@mcdonaldhopkins.com
mcavanagh@mcdonaldhopkins.com

*Attorneys for Spectrum Laboratories, LLC*

36300308.2

**CERTIFICATE OF SERVICE**

I hereby certify that, on June 6, 2025, a copy of the foregoing was sent by regular U.S. mail to:

Aim High Investment Group, LLC
Attn: Michael Salame, Manager
4980 Statz St., Unit 120
North Las Vegas, NV 89081

                                            s/ Matthew J. Cavanagh
                                            *One of the Attorneys for*
                                            *Spectrum Laboratories, LLC*

36300308.2