AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Aim High Investment Group, LLC

                    Plaintiff,

  v.

Spectrum Laboratories, LLC

                    Defendant.

JUDGMENT IN A CIVIL CASE

Case Number: 2:22-cv-00158-GMN-DJA

___ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

JUDGMENT is entered in favor of Defendant Spectrum Laboratories, LLC and against Plaintiff Aim High Investment Group, LLC.

Spectrum Laboratories, LLC's motion for default judgment is granted, awarding monetary relief of $18,301,010 against Aim High Investment Group, LLC.

06/10/2025
Date

    DEBRA K. KEMPI
Clerk

/s/ AMMi
Deputy Clerk