Joseph R. Ganley (5643)
Matthew S. McLaughlin (16110)
HUTCHISON & STEFFEN, PLLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
Tel:   (702) 385-2500
Fax:  (702) 385-2086
jganley@hutchlegal.com
mmclaughlin@hutchlegal.com

David B. Cupar (Admitted *Pro Hac Vice*)
Matthew J. Cavanagh (Admitted *Pro Hac Vice*)
MCDONALD HOPKINS LLC
600 Superior Avenue, Suite 2100
Cleveland, OH 4414
Tel:   (216) 348-5730
Fax:  (216) 348-5474
dcupar@mcdonaldhopkins.com
mcavanagh@mcdonaldhopkins.com

*Attorneys for Defendant/Cross-Claimant Spectrum Laboratories, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AIM HIGH INVESTMENT GROUP, LLC, <br><br>Plaintiff, <br><br>v. <br><br>SPECTRUM LABORATORIES, LLC, <br><br>Defendants. | Case No. 2:22-cv-00158-GMN-DJA <br><br><br><br>**SUBSTITUTION OF ATTORNEY** |
| SPECTRUM LABORATORIES, LLC, <br><br>Cross-Claimant, <br><br>v. <br><br>AIM HIGH INVESTMENT GROUP, LLC <br><br>Cross-Defendant. | |

1  Defendant/cross-claimant Spectrum Laboratories, LLC ("Spectrum") hereby substitutes
2  Joseph R. Ganley and Matthew S. McLaughlin of Hutchison & Steffen, PLLC, 10080 West Alta
3  Drive, Suiet 200, Las Vegas, NV 89145, (702) 385-2500, as attorneys of record in place and
4  stead of Spencer Fane LLP. Hutchison & Steffen, PLLC, represents and warrants that the
5  undersigned attorneys are duly admitted to practice in this District and accept the substitution.

SPECTRUM LABORATORIES, LLC

By: *Jessica Gibson*

Its: Corporate Counsel

11  The undersigned hereby consents to the withdrawal and further consents to the
12  substitution of Hutchison & Steffen, PLLC, as Spectrum's new counsel of record.
13  DATED this 17th day of July, 2025.

SPENCER FANE LLP

/s/ Jason D. Smith
_____
Nicholas J. Santoro (532)
Jason D. Smith (9691)
300 South 4th Street, Suite 1600
Las Vegas, NV 89101

19  I hereby accept the above and foregoing substitution of counsel for Defendant/Cross-
20  Claimant Spectrum Laboratories, LLC.
21  DATED this 17th day of July, 2025.

IT IS THEREFORE ORDERED that the motion to substitute counsel (ECF No. 146) is GRANTED.

IT IS FURTHER ORDERED that the Clerk of Court is kindly directed to remove attorneys Nicholas J. Santoro and Jason D. Smith of the law firm Spencer Fane LLP as counsel of record in this action.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE
DATED: July 21, 2025

HUTCHISON & STEFFEN, PLLC

/s/ Matthew S. Mclaughlin
_____
Joseph R. Ganley (5643)
Matthew S. McLaughlin (16110)
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145

*Attorneys for Defendant/Cross-Claimant Spectrum Laboratories, LLC*

Page 2 of 3

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Hutchison & Steffen, PLLC, and that on this 17th day of July, 2025, I caused a copy of **SUBSTITUTION OF ATTORNEY** to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Heather Shepherd*
An Employee of Hutchison & Steffen, PLLC