1  Joseph R. Ganley (5643)
   Matthew S. McLaughlin (16110)
2  HUTCHISON & STEFFEN, PLLC
   Peccole Professional Park
3  10080 West Alta Drive, Suite 200
   Las Vegas, NV 89145
4  Tel:   (702) 385-2500
5  Fax:   (702) 385-2086
   jganley@hutchlegal.com
6  mmclaughlin@hutchlegal.com

7
   David B. Cupar (Admitted *Pro Hac Vice*)
8  Matthew J. Cavanagh (Admitted *Pro Hac Vice*)
   MCDONALD HOPKINS LLC
9  600 Superior Avenue, Suite 2100
   Cleveland, OH 4414
10 Tel:   (216) 348-5730
   Fax:   (216) 348-5474
11 dcupar@mcdonaldhopkins.com
12 mcavanagh@mcdonaldhopkins.com

13 *Attorneys for judgment creditor
   Spectrum Laboratories, LLC*
14

15                    **UNITED STATES DISTRICT COURT**

16                           **DISTRICT OF NEVADA**

| | |
|---|---|
| 17  AIM HIGH INVESTMENT GROUP, LLC, | Case No.: 2:22-cv-00158-GMN-DJA |
| 18             Plaintiff, | |
| 19  v. | **APPLICATION FOR ORDER ALLOWING EXAMINATION OF MICHAEL SALAME, MANAGER OF AIM HIGH INVESTMENT GROUP, LLC** |
| 20  SPECTRUM LABORATORIES, LLC, | |
| 21             Defendants. | |
| 22 | |
| 23  SPECTRUM LABORATORIES, LLC, | |
| 24             Cross-Claimant, | |
| 25  v. | |
| 26  AIM HIGH INVESTMENT GROUP, LLC | |
| 27             Cross-Defendant. | |
| 28 | |

Judgment creditor Spectrum Laboratories, LLC ("Spectrum" or "judgment creditor") respectfully move this Honorable Court for an order requiring Michael Salame ("Salame") as manager[1] for judgment debtor, Aim High Investment Group, LLC ("Aim High" or "judgment debtor"), to appear and answer questions under oath regarding Aim High's finances, assets, and property.

This application is based on the points and authorities attached hereto and the pleadings, papers, and documents on file herein.

DATED this 22nd day of July, 2025.

HUTCHISON & STEFFEN, PLLC

/s/ Matthew S. McLaughlin
_____
Joseph R. Ganley (5643)
Matthew S. McLaughlin (16110)
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145

*Attorneys for judgment creditor*
*Spectrum Laboratories, LLC*

---

[1] *See* printout from Nevada Secretary of State identifying Michael Salame as a manager for Aim High Investment Group, LLC, attached hereto as exhibit 1.

## **MEMORANDUM OF POINTS AND AUTHORITIES**

**1.      Pertinent Facts**

NRS 21.270 provides that:

1. A judgment creditor, at any time after the judgment is entered, is entitled to an order from the judge of the court requiring the judgment debtor to appear and answer upon oath or affirmation concerning his or her property, before:

   (a) The judge or a master appointed by the judge; or

   (b) An attorney representing the judgment creditor, at a time and place specified in the order. No judgment debtor may be required to appear outside the county in which the judgment debtor resides.

2. If the judgment debtor is required to appear before any person other than a judge or mater:

   (a) The oath or affirmation of the judgment debtor must be administered by a notary public; and

   (b) The proceedings must be transcribed by a court reporter or recorded electronically. The transcript will be preserved for 2 years.

Judgment was entered against Aim High in this case on June 10, 2025. *See* Document 145 on filed herein. Therefore, Spectrum is entitled to an order requiring Aim High, or its' representatives, to appear at the law offices of Hutchison & Steffen, PLLC, 10080 W. Alta Drive, Suite 200, Las Vegas, Nevada 89145 on September 26, 2025 at 10:00 AM to answer questions under oath regarding his finances, assets, and property.

Similar to NRS 21.270, FRCP 69(a)(2) states that "[i]n aid of the judgment or execution, the judgment creditor…may obtain discovery from any person — including the judgment debtor — as provided in these rules or by the state where the court is located." Thus, through FRCP 69, Spectrum is entitled to receive documents from Salame as allowed in FRCP 34. Here, such

documents will be invaluable in conducting a proper examination of Salame about Aim High's finances, assets, and property. The documents requested to be produced on or before close of business September 24, 2025 by hand delivery of the documents to the law offices of Hutchison & Steffen, PLLC, Peccole Professional Park, 10080 W. Alta Dr., Suite 200, Las Vegas, NV 89145 are attached hereto as exhibit 2 and incorporated herein by this reference for the Court's review and approval.

Finally, Spectrum requests that this Court prohibit Salame from disposing of any of Aim High's property not exempt from execution prior to the time scheduled for his judgment debtor examination.

## **CONCLUSION**

Spectrum respectfully requests that the Court order Salame to appear at the law offices of Hutchison & Steffen, PLLC, Peccole Professional Park, 10080 W. Alta Dr., Suite 200, Las Vegas, NV 89145 on September 26, 2025 at 10:00 am. In addition, Spectrum requests that the Court order Salame to produce true and accurate copies of the documents described in Exhibit 2, on or before the close of business on September 24, 2025 by hand delivery of the documents to the law offices of Hutchison & Steffen, PLLC, Peccole Professional Park, 10080 W. Alta Dr., Suite 200, Las Vegas, NV 89145.

DATED this 22nd day of July, 2025.

HUTCHISON & STEFFEN, PLLC

*/s/ Matthew S. McLaughlin*
_____
Joseph R. Ganley (5643)
Matthew S. McLaughlin (16110)
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145

*Attorneys for judgment creditor*
*Spectrum Laboratories, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Hutchison & Steffen, PLLC, and that on this 22nd day of July, 2025, I caused a copy of **APPLICATION FOR ORDER ALLOWING EXAMINATION OF MICHAEL SALAME, MANAGER OF AIM HIGH INVESTMENT GROUP, LLC** to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Heather Shepherd*
An Employee of Hutchison & Steffen, PLLC