INTENTIONALLY LEFT BLANK
EXHIBIT PAGE ONLY

# EXHIBIT 2

JDE Document Requests



# EXHIBIT 2
# REQUESTS FOR THE PRODUCTION OF DOCUMENTS FROM MICHAEL SALAME

## DEFINITIONS

1. "You" or "Your" or refers to **MICHAEL SALAME AS MANAGER FOR AIM HIGH INVESTMENT GROUP, LLC.**

2. "Judgment Debtor" refers to **AIM HIGH INVESTMENT GROUP, LLC** and any representatives, person(s), entity(ies), or other party acting or purporting to act on behalf of **AIM HIGH INVESTMENT GROUP, LLC.**

3. "Person" refers to any natural individual, governmental entity, or business entity, including a corporation or partnership, association, or other entity or combination thereof, and all corporations, divisions, or entities affiliated with, owned or controlled directly or indirectly, or owning or controlling directly or indirectly any such entities, as well as directors, officers, employees, agents, attorneys, or other representatives thereof, or third parties retained by any of the above.

4. "Communication" means any oral or written transmittal or receipt of words or information, by whatever manner or means, and regardless of how or by whom the communication was initiated. References to communications with business entities shall be deemed to include all officers, directors, employees, agents, or other representatives of such entities.

5. "And" and "Or" shall be construed either disjunctively or conjunctively whenever appropriate in order to bring within the scope of this discovery request any information or documents which might otherwise be considered beyond its scope.

6. "Document" means and includes all written, graphic or otherwise recorded matter, however produced or reproduced, including non-identical copies, preliminary, intermediate, and final drafts, writings, records, and recordings of every kind and description, whether inscribed by hand or by mechanical, electronic (such as e-mail or text), microfilm, photographic, or other means, as well as phonic (such as tape recordings), or

visual reproductions of all statements, conversations, or events, and further including, without limitation, address books, appointment books, calendars, charts, circulars, statistical compilations, consultants' reports or studies, contracts or agreements, correspondence, experts' reports and studies, financial statements and calculations or balance sheets, graphs, house publications, inter-office or intra-office communications, letters of intent, memoranda of any type, microfilm, minutes of any sort (including, without limitation, those of the Board of Directors, or management, executive, or finance committees), movies, notes, e-mail, notebooks, opinions, organizational charts, photographs, press clippings or releases, publications, procedures, reports of any kind, statistical analyses, ledgers, invoices, vouchers, books of account, plans, permits, proposals, studies of any kind, summaries, tabulations, telegrams, teletype, telex messages, discs, computer print-outs, tapes, or retrieval listings.

## INSTRUCTIONS

1. In producing these documents, you are required to furnish all documents known or available to you regardless of whether these documents are possessed directly by you or your agents, accountants, employees, representatives, investigators, or by your attorneys or their agents, employees, representatives, or investigators.

2. Each paragraph and subparagraph hereof and the definitions herein are to be construed independently, and not by or with references to any other paragraph or subparagraph or definition herein for purposes of limiting the scope of any particular request for the production of documents herein made or the subject matter thereof.

3. In producing these documents you are to indicate the paragraph of the particular request in response to which each document is produced.

4. It is requested that all documents be produced in the form and in the same order within each file in which they existed prior to production, and that the file folders, boxes, or other containers or bindings in which such documents are found be produced

intact, including the titles, labels, or other description of each such folder, box, or other binding or container.

5. If any of these documents cannot be produced in full, you are to produce to the extent possible, specifying whatever information, knowledge, or belief you do have concerning the unproduced portion.

6. If any document or thing requested was at one time in existence, but is no longer in existence, please so state, specifying for each document or thing: (a) the type of document or thing; (b) the types of information contained therein; (c) the date on which the document or thing was destroyed or ceased to exist; (d) the circumstances under which it was destroyed or ceased to exist; (e) the identity of all persons having knowledge of the circumstances under which it was destroyed or ceased to exist; and (f) the identity of all persons having knowledge or persons who had knowledge of the contents thereof.

7. This request is a continuing one. If, after producing documents, you obtain or become aware of any further documents responsive to this request, you are required to produce such additional documents.

8. If you seek to withhold any documents, or redact portions thereof, on the basis of attorney-client privilege, as work product or otherwise, you shall, at the time of your response to this request, supply a numerical list of the documents for which limitation of discovery is claimed, indicating:

(a) The name of the writer, sender, or initiator of such document, if any;

(b) The name of each recipient, addressee, or party for whom each such document was intended, if any;

(c) The date of each such document, if any, or estimate thereof and so indicated as an estimate if no date appears on said documents;

(d) The general subject matter as described in each such document, or, if no such description exists, then such other description sufficient to identify said document; and

(e) A specific statement of the privilege or doctrine on which you rely in refusing to produce such document.

## REQUESTS FOR PRODUCTION OF DOCUMENTS

**I.  BANK RECORDS**

A. Any and all documents and records of checking, savings, or any other type of account, foreign or domestic, maintained by **JUDGMENT DEBTOR** with any type of financial institution during the last five years, including, but not limited to, monthly account statements, checks, check registers, check stubs, cancelled checks, and deposit slips.

B. All documents that refer to, relate to, reflect, or concern any transfers made to or from any financial account held for the benefit of **JUDGMENT DEBTOR**, by any third party, for the last five years.

C. Any and all signature cards that name **JUDGMENT DEBTOR** as an authorized signatory on any financial account, for any entity or other third party, for the past five years.

D. Any and all documents submitted to any bank financial institution, or any other person or entity, by **JUDGMENT DEBTOR**, for any loan or advance, in any capacity (borrower, guarantor, or surety) for the past five years.

E. Any and all documents concerning any interest in, or claimed title to, any certificates of deposit, letters of credit, money orders, cashier's checks, traveler's checks, bank deposits, or escrow funds owned or held by **JUDGMENT DEBTOR** in the past five years.

F. Any and all documents related to any account in which any of **JUDGMENT DEBTOR**'s earnings or other income has been deposited into in the past five years, whether **JUDGMENT DEBTOR** continued to have an interest in it or not.

G. Any and all documents evidencing **JUDGMENT DEBTOR** having authority to access any safe deposit box or other bank-secured area, for the last five years.

H. Any and all documents evidencing any application signed by **JUDGMENT DEBTOR** to open a foreign or offshore financial account in the name of **JUDGMENT DEBTOR** or any other entity, for the last five years.

    I.   Copies of IRA contracts for all IRAs that you currently have that were or are funded by **JUDGMENT DEBTOR**.

## II. REAL PROPERTY

A. Any and all documents that refer to, reflect, or relate to any real property owned by **JUDGMENT DEBTOR** in the past five years.

B. Any and all documents that refer to, reflect, or relate to encumbrances on any real property currently owned by **JUDGMENT DEBTOR**.

C. Any and all documents evidencing ownership of real property in which **JUDGMENT DEBTOR** currently enjoys a direct or indirect beneficial interest.

D. Any and all checks, receipts, deeds, or other evidence of the sale or transfer of any real property in which **JUDGMENT DEBTOR** had a legal or equitable ownership interest in, within the past five years.

E. Any and all lease agreements for real property in which **JUDGMENT DEBTOR** is the landlord, or has a beneficial interest in during the last five years.

F. Any and all lease agreements for real property in which **JUDGMENT DEBTOR** is the lessor or lessee during the last five years.

G. Any and all documents that evidence **JUDGMENT DEBTOR**'s name being on any real property tax records, as payor or trustee during the last five years.

H. Any and all deeds that title any real property to **JUDGMENT DEBTOR** as trustee for any other person or entity during the last five years.

I. Any and all deeds of trust or mortgages held in favor of **JUDGMENT DEBTOR** at present or owned during the last five years.

J. ~~Any and all documents evidencing any time shares that **JUDGMENT DEBTOR** enjoys the use of during the last five years.~~

K. Copies of any appraisals or other forms of valuation for any property that **JUDGMENT DEBTOR** has an interest in or had an interest within the past five years.

L. Promissory Notes or Mortgages you signed during the past five years on behalf of **JUDGMENT DEBTOR**.

**M.** Copies of all deeds/mortgages to which **JUDGMENT DEBTOR** holds property as tenants by the entireties, tenants in common or joint tenants for the last five years.

**N.** Any and all documents that refer to, reflect, or relate to, any interest in favor of **JUDGMENT DEBTOR** in organic or inorganic mineral rights, organic or inorganic mineral royalties, organic or inorganic mineral interests, organic or inorganic mineral leases, organic or inorganic mineral mining claims, placer rights, placer claims, placer royalties, placer interests, prospecting permits, prospecting claims, freehold mineral interests, non-operated working interest in petroleum, gas or organic or inorganic minerals, petroleum or gas rights, petroleum or gas leases, petroleum or gas claims, petroleum or gas royalties, or rights to oil, gas or minerals not in production during the last five years.

**III.   PERSONAL PROPERTY**

**A.** Certificates of title or other evidence of ownership of any boat, watercraft, motorcycle, four-wheeler, recreational vehicle, go-kart, aircraft, agricultural equipment, or construction equipment owned by or in possession of **JUDGMENT DEBTOR**, whether owned by **JUDGMENT DEBTOR** or entity that **JUDGMENT DEBTOR** is affiliated with, or held in trust by **JUDGMENT DEBTOR** during the past five years.

**B.** Any and all note receivables, pledges, or security interests in favor of **JUDGMENT DEBTOR** now, and in the past five years.

**C.** Copies of all insurance policies and any other insurance policies or riders that have insured any property that **JUDGMENT DEBTOR** owns or has the benefit of use of, for the past five years.

**D.** List of household furnishings and fixtures that have been purchased within the last year that had a purchase price of $999 or more.

**E.** Copies of all dock slips or other documentation evidencing the right to dock any watercraft, whether **JUDGMENT DEBTOR** has a legal or beneficial interest in during the past five years.

**F.** Any and all documents that refer to or reflect any livestock owned by **JUDGMENT DEBTOR** within the past five years.

    G. List and valuation of all collectibles (e.g., stamps, coins, sports cards, etc.) that **JUDGMENT DEBTOR** now owns or has owned within the past five years and current location of same.

    H. Any and all documents that refer to, or relate to any guns, jewelry, antiques, art, paintings, or other similar assets owned by **JUDGMENT DEBTOR** or in **JUDGMENT DEBTOR**'s possession within the past five years and current location of same.

    I. Any and all documents evidencing any interest **JUDGMENT DEBTOR** may have in any patents, trademarks, copyrights, franchises, royalties of any kind, oil and gas rights, timber rights, or mineral rights for the past five years.

## IV. BUSINESS INTERESTS/EMPLOYMENT

    A. All documents that identify the ownership structure for **JUDGMENT DEBTOR** for the past five years.

    B. All documents referring in any way, directly or indirectly, to any and all businesses in which **JUDGMENT DEBTOR** is a stockholder, partner, owner, or registered agent during the past five years.

    C. Any and all corporate charters, minutes of stockholders meetings, resolutions, or recorded evidence of any kind relating to the affairs of any corporation owned by **JUDGMENT DEBTOR**, or any subsidiary or other entity in which such corporation holds an ownership interest during the past five years.

    D. Lists of all customers, clients, etc. of any kind with which the corporation (or any other business entity owned by **JUDGMENT DEBTOR**) does business or has done business during the past five years.

    E. All local, state and federal tax returns filed by **JUDGMENT DEBTOR** in the past five years, including all attachments, schedules, W-2's, K-1's, 1099's, 1098 forms, and any and all supplements and/or amendments thereto.

    F. All documents referring, relating or pertaining to any records of salaries, commissions, bonuses, income from employment, wages, pay stubs, dividends, royalties, allowances, expenses or other sums of money paid to **JUDGMENT DEBTOR** within the past five years.

    G. Any and all sales contracts that **JUDGMENT DEBTOR** has had in the past five years.

    **H.** Any and all business licenses held by **JUDGMENT DEBTOR** in the past five years.

    **I.** Lists of any and all patents and/or trademarks held by **JUDGMENT DEBTOR** or for the benefit of **JUDGMENT DEBTOR** in the past five years.

**V.    INVESTMENTS**

    **A.** Any and all documents and records of stocks, bonds, mutual funds, debentures, certificates of deposit, or any other investment vehicle owned or held for the benefit of **JUDGMENT DEBTOR** during the past five years.

    **B.** Any and all documents relating to any retirement accounts or annuities, whether individual or employer sponsored, that are owned by **JUDGMENT DEBTOR**, or held for the benefit of **JUDGMENT DEBTOR** during the past five years.

    **C.** Any and all rent rolls for all properties in which **JUDGMENT DEBTOR** has had an ownership interest in for the past five years.

    **D.** Copies of all 1099-D's or 1099-I's issued to **JUDGMENT DEBTOR** within the past five years.

    **E.** Any and all documents referring to any stock options or profit-sharing plans held by **JUDGMENT DEBTOR** or for the benefit of **JUDGMENT DEBTOR** during the past five years.

**VI.    GENERAL**

    **A.** All documents evidencing any trusts or amendments to trusts in which the **JUDGMENT DEBTOR** is a grantor, settlor, trustee, or beneficiary during the past five years.

    **B.** All documents evidencing any and all trusts or amendments to trusts that the **JUDGMENT DEBTOR** has directly or indirectly contributed any assets to within the past ten years.

    **C.** Copies of any and all credit card statements, for all cards in which **JUDGMENT DEBTOR** is an authorized user, for the past five years.

    **D.** All documents referring or reflecting the name and address of any storage facility or mini-warehouse to which **JUDGMENT DEBTOR** has access during the past five years.

E. Copies of any and all financial statements that **JUDGMENT DEBTOR** has prepared for any lender or creditor in the past five years.

F. Copies of any and all professional licenses that are held by **JUDGMENT DEBTOR** during the past five years.

G. Copies of **JUDGMENT DEBTOR**'s Accounts Receivable Ledgers and other back-up documentation created by **JUDGMENT DEBTOR** over the past five years.

H. Any and all documents associated with pending lawsuits/claims/judgments initiated by **JUDGMENT DEBTOR** against any third-party, including but, limited to, pleadings filed in such actions, contracts, and evidence supporting the underlying lawsuits/claims/judgments, as well as any and all payments received by **JUDGMENT DEBTOR** in satisfaction of the underlying debts owed to you during the past five years.