# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
\* \* \*

| | |
|---|---|
| Aim High Investment Group, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>Spectrum Laboratories, LLC,<br><br>    Defendant.<br><br>And related cross claims. | Case No. 2:22-cv-00158-GMN-DJA<br><br>**Order** |

Before the Court is Spectrum Laboratories, LLC's motion for a judgment debtor examination of Michael Salame, manager of Aim High Investment Group, LLC. (ECF No. 148). Spectrum purports to have served the motion on Aim High through the Court's CM/ECF system. However, Aim High is currently without counsel, is not registered as an electronic filer, and has not entered a consent for electronic service of documents. So, Aim High will not receive the motion through the CM/ECF system. The Court thus orders Spectrum to serve its motion on Aim High through additional means.

**IT IS THEREFORE ORDERED** that Spectrum must serve its motion (ECF No. 148) on Aim High through a means other than the Court's CM/ECF system.

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to send a copy of this order to Aim High.

DATED: July 24, 2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE