Joseph R. Ganley (5643)
Matthew S. McLaughlin (16110)
HUTCHISON & STEFFEN, PLLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
Tel:   (702) 385-2500
Fax:   (702) 385-2086
jganley@hutchlegal.com
mmclaughlin@hutchlegal.com

*Attorneys for Judgment Creditor*
*Spectrum Laboratories, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AIM HIGH INVESTMENT GROUP, LLC, | Case No.: 2:22-cv-00158-GMN-DJA |
| Plaintiff, | |
| v. | **WRIT OF GARNISHMENT** |
| SPECTRUM LABORATORIES, LLC, | |
| Defendants. | |
| SPECTRUM LABORATORIES, LLC, | |
| Cross-Claimant, | |
| v. | |
| AIM HIGH INVESTMENT GROUP, LLC | |
| Cross-Defendant. | |

THE UNITED STATES TO:

**WELLS FARGO**
**1121 LAS VEGAS BLVD.**
**LAS VEGAS, NV 89101**

You are hereby notified that you are attached as garnishee in the above-entitled action and you are commanded not to pay any debt from yourself to Aim High Investment Group, LLC ("Aim High" or "judgment debtor"), and that you must retain possession and control of all personal property, money, credits, debts, effects and choses in action of said judgment debtor in order that the same may be dealt with according to law; where such property consists of wages, salaries, commissions or bonuses the amount you shall retain shall be in accordance with 15 U.S. Code 1673 and Nevada Revised Statutes 31.295.  Judgment creditor Spectrum Laboratories, LLC ("Spectrum" or "judgment creditor") believes that you have property, money, credits, debts, effects and chooses in action in your hands and under your custody and control belonging to said judgment creditor described as: <u>any and all savings/checking accounts, debts, certificates of deposits, safety deposit boxes, payroll funds, compensation and/or monies or valuable, or any property of any kind owed or belonging to Aim High Investment Group, LLC and/or any other entity of any kind or name within which Aim High Investment Group, LLC is associated in any way</u>.

YOU ARE REQUIRED within 20 days from the date of service of this Writ of Garnishment to answer the interrogatories set forth herein and to return your answers to the office of the Sheriff or Constable which has issued this Writ of Garnishment.  In case of your failure to answer the interrogatories within 20 days, a judgment by default in the amount due judgment creditor may be entered against you.

IF YOUR ANSWERS TO the interrogatories indicate that you are the employer of Aim High Investment Group, LLC, this Writ of Garnishment shall be deemed to CONTINUE FOR 180 DAYS or until the amount demanded in the attached Writ of Execution is satisfied.

YOU ARE FURTHER DIRECTED to forward all funds due to Aim High Investment Group, LLC from each payday in the future UP TO 180 DAYS, less any amount which is

exempt and less $3.00 per pay period not to exceed $12.00 per month which you may retain as a fee for compliance. The $3.00 fee does not apply to the first pay period covered by this Writ.

**YOU ARE FURTHER REQUIRED to serve the Notice of Execution and a copy of your answers to the Writ of Garnishment on Aim High Investment Group, LLC, c/o Michael Salame, Manager, 4980 Statz St., Unit 120, North Las Vegas, Nevada 89081.**

DEBRA K. KEMPI, CLERK OF COURT

By:_____
  Deputy Clerk          Date

Issued at the direction of:

HUTCHISON & STEFFEN, PLLC

*/s/ Matthew S. McLaughlin*
_____
Joseph R. Ganley (5643)
Matthew S. McLaughlin (16110)
Peccole Professional Park
10080 W. Alta Dr., Ste 200
Las Vegas, NV  89145

*Attorneys for judgment creditor*
*Spectrum Laboratories, LLC*


/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

STATE OF NEVADA         )
                        ) ss:
COUNTY OF CLARK         )

The undersigned being duly sworn states that I received the within WRIT OF GARNISHMENT on the _____ day of _____ , 2025 and personally served the same on the _____ day of _____, 2025 by showing the original WRIT OF GARNISHMENT, informing of the contents and delivering and leaving a copy, along with the statutory fee of $5.00 with _____ at _____, County of Clark, State of Nevada.

By: _____

Title

**INTERROGATORIES TO BE ANSWERED BY THE GARNISHEE UNDER OATH:**

1. Are you in any manner indebted to the judgment debtor or any affiliate thereof, either in property or money, and is the debt now due? If not due, when is the debt to become due? State fully all particulars.

ANSWER: _____

_____

_____

2. Are you an employer or contractor of the judgment debtor? If so, state the length of your pay period and the amount judgment debtor(s) currently earns during a pay period or the length of the contracted employment and the commission payment rate.

ANSWER: _____

_____

_____

3.  Did you have in your possession, in your charge or under your control, on the date the WRIT OF GARNISHMENT was served upon you any money, property, effects, goods, chattels, rights, or credits, savings and checking accounts, certificate of deposits, money market or other similar bank accounts of the judgment debtor, or in which any of the judgment debtor is interested? If so, state its value and state fully all particulars.

ANSWER: _____

_____

_____

4.  Do you know of any debts owing to the judgment debtor whether due or not due, or any money, property, effects, goods, chattels, rights, or credits, belonging to the judgment debtor, or in which the judgment debtor is interested, and now in possession or under the control of others? If so, state fully all particulars.

ANSWER: _____

_____

_____

5.  Are you a financial institution with a personal account held by the judgment debtor? If so, state the account number and the amount of money in the account which is subject to garnishment. As set forth in NRS 21.105, $2,000 or the entire amount in the account, whichever is less, is not subject to garnishment if the financial institution reasonably identifies that an electronic deposit of money has been made into the account within the immediately preceding 45 days which is exempt from execution, including, without limitation, payments of money described in NRS 21.105 or, if no such deposit has been made, $400 or the entire amount in the account, whichever is less, is not subject to garnishment, unless the garnishment is for the recovery of money owed for the support of any person. The amount which is not

subject to garnishment does not apply to each account of the judgment debtor, but rather is an aggregate amount that is not subject to garnishment.

ANSWER: _____

_____

_____

6.	If any of the accounts associated with any of the judgment debtor(s) has closed in the past ten (10) months and the funds contained therein were transferred to another bank and/or financial institution, please identify the name of the institution, any account numbers the funds were transferred into, the date of the transfer(s), and the amount of the transfer(s).

ANSWER: _____

_____

_____

7.	If you received any wire transfer request(s) to wire funds from any account associated with the judgment debtor(s) within the past ten (10) months to another bank and/or financial institution, please identify the name of the institution, any account numbers the funds were transferred into, the date of the transfer(s), and the amount of the transfer(s).

ANSWER: _____

_____

_____

8.	State your correct name and address, or the name and address of your attorney upon whom written notice of further proceedings in this action may be served, if any.

ANSWER: _____

_____

_____

9.      NOTE: If an employer, without legal justification, refuses to withhold the earnings of the judgment debtors demanded in a WRIT OF GARNISHMENT or knowingly misrepresents the earnings of the judgment debtors, the Court shall order the employer to pay the judgment debtors the amount of arrearages caused by the employer's refusal to withhold or his misrepresentation of the judgment debtors' earnings.  In addition, the Court may order the employer to pay the judgment creditor punitive damages in an amount not to exceed $1,000.00 for each pay period in which the employer has, without legal justification, refused to withhold the judgment debtors' earnings or has misrepresented the earnings.  NRS 31.297.

_____
                                                                            Garnishee

STATE OF NEVADA         )
                                             ) ss:
COUNTY OF CLARK        )

I, _____, do solemnly swear (or affirm) that the answers to the foregoing Interrogatories subscribed by me are true.

EXECUTED this ____ day of _____, 2025.

_____
                                        Garnishee

Name: _____

Title:  _____