Joseph R. Ganley (5643)
Matthew S. McLaughlin (16110)
HUTCHISON & STEFFEN, PLLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
Tel:   (702) 385-2500
Fax:   (702) 385-2086
jganley@hutchlegal.com
mmclaughlin@hutchlegal.com

*Attorneys for Judgment Creditor*
*Spectrum Laboratories, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AIM HIGH INVESTMENT GROUP, LLC, <br><br>Plaintiff,<br><br>v.<br><br>SPECTRUM LABORATORIES, LLC,<br><br>Defendants. | Case No.: 2:22-cv-00158-GMN-DJA<br><br>**AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION** |
| SPECTRUM LABORATORIES, LLC,<br><br>Cross-Claimant,<br><br>v.<br><br>AIM HIGH INVESTMENT GROUP, LLC<br><br>Cross-Defendant. | |

STATE OF NEVADA      )
                     ) ss.
COUNTY OF CLARK      )

I, Matthew S. McLaughlin, counsel for judgment creditor Spectrum Laboratories, LLC ("Spectrum" or "judgment creditor"), hereby state on oath:

1.     Judgment for $18,301,010.00 (the "Judgment"), was entered on June 10, 2025, in this matter in favor of Spectrum and against judgment debtor Aim High Investment Group, LLC ("Aim High" or "judgment debtor").

2.     I am counsel for Spectrum and request issuance of a writ of execution on the Judgment.

3.     ACCRUED since the entry of Judgment are the following sums

| | |
|---|---|
| $117,176.60 | accrued interest, computed at 4% |
| $0.00 | accrued costs and fees. |

CREDIT must be given for payments and partial satisfaction in the total amount of:

| | |
|---|---|
| $0.00 | which is to be first credited against the total accrued interest, costs, and fees, with any excess credited against the Judgment as entered, leaving a net balance of |
| $18,418,186.60 | ACTUALLY DUE on this date. Of this total, |
| $18,418,186.60 | is the amount of the original Judgment as entered still remaining due and bearing interest at 4% in the amount of $2,055.73 PER DAY from this date: |

DATED this 7th day of August, 2025.

                                                */s/ Matthew McLaughlin*
                                                Matthew S. McLaughlin

                                                *Attorney for judgment creditor*
                                                *Spectrum Laboratories, LLC*

State of Nevada
County of Clark

SUBSCRIBED and SWORN to before me this 7th day of August, 2025.

_____
NOTARY PUBLIC in and for the County of Clark, State of Nevada.

TRENTON K. CANNON
Notary Public, State of Nevada
No. 03-84447-1
My Appt. Exp. Sept. 30, 2027