Joseph R. Ganley (5643)
Matthew S. McLaughlin (16110)
HUTCHISON & STEFFEN, PLLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
Tel:   (702) 385-2500
Fax:   (702) 385-2086
jganley@hutchlegal.com
mmclaughlin@hutchlegal.com

*Attorneys for Judgment Creditor*
*Spectrum Laboratories, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AIM HIGH INVESTMENT GROUP, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SPECTRUM LABORATORIES, LLC,<br><br>Defendants. | Case No.: 2:22-cv-00158-GMN-DJA<br><br>**WRIT OF EXECUTION** |
| SPECTRUM LABORATORIES, LLC,<br><br>Cross-Claimant,<br><br>v.<br><br>AIM HIGH INVESTMENT GROUP, LLC<br><br>Cross-Defendant. | |

TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF NEVADA:

On June 10, 2025, a judgment was entered in the docket for this matter in favor of Spectrum Laboratories, LLC ("Spectrum" or "judgment creditor"), and against Aim High Investment Group, LLC ("Aim High" or "judgment debtor"), for:

Page 1 of 3

| | |
|---|---|
| $18,301,010.00 | principal, |
| $0.00 | attorneys fees, |
| $0.00 | interest, and |
| $0.00 | costs making a total of |
| $18,301,010.00 | JUDGMENT AS ENTERED |

WHEREAS, according to an affidavit and request for issuance of writ of execution filed herein, it appears that further sums have accrued since the entry of judgment to wit:

| | |
|---|---|
| $117,176.60 | accrued interest, and |
| $0.00 | accrued costs and fees. |
| $117,176.60 | ACCRUED INTEREST, COSTS, AND FEES. |

CREDIT must be given for payments and partial satisfaction in the total amount of:

$0.00 which is to be first credited against the total accrued interest, costs, and fees, with any excess credited against the Judgment as entered, leaving a net balance of

$ 18,425,356.59 ACTUALLY DUE on the date issuance of this writ, of which

$ is due on the Judgment as entered, and bears interest at 4% per annum, in the amount of $2,055.73 PER DAY from the date of entry of judgment to the date of issuance of this writ, to which must be added the accrued costs and fees and the commissions and costs of the officer executing this writ.

Notice by mail of any sale under the writ of execution has not been requested.

YOU ARE THEREFORE COMMANDED to satisfy the said Judgment with interest and costs as provided by law and your costs and disbursements out of the personal property of said debtor, except that for any pay period, 75 percent of the disposable earnings of the debtor during this period or for each week of the period 30 times the minimum hour wage prescribed by section 6(a)(1) of the Federal Fair Labor Standards Act of 1938 [29 U.S.C. Sec. 206(a)(1)], and in effect at the time the earnings are payable, whichever is greater, is exempt from any levy of execution pursuant to this writ, and if sufficient personal property cannot be found, then out of his real property; or if the Judgment be a lien upon real property, then out of the real property

belonging to such debtor, and make return of this writ within not less than ten (10) days nor more than sixty (60) days after your receipt thereof with what you have done endorsed hereon.

Judgment creditor will identify to the U.S. Marshal or his representative assets that are to be seized to satisfy the judgment/order.

YOU ARE FURTHER COMMANDED if necessary, to turn over any property seized under this order to a third party custodian or to the judgment creditor. The U.S. Marshal or his representative is authorized to use reasonable force in the execution of this Judgment/Order and the judgment creditor will hold the U.S. Marshals Service harmless of any liability that may be imposed as a result of the execution of the Judgment.

Date: 8/11/2025



CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk