Joseph R. Ganley (5643)
Matthew S. McLaughlin (16110)
HUTCHISON & STEFFEN, PLLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
Tel:   (702) 385-2500
Fax:   (702) 385-2086
jganley@hutchlegal.com
mmclaughlin@hutchlegal.com

*Attorneys for Defendant/Cross-Claimant*
*Spectrum Laboratories, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AIM HIGH INVESTMENT GROUP, LLC, | Case No.: 2:22-cv-00158-GMN-DJA |
| Plaintiff, | **NOTICE OF NON-OPPOSITION TO DEFENDANT/CROSS-CLAIMANT SPECTRUM LABORATORIES, LLC'S APPLICATION FOR ORDER ALLOWING EXAMINATION OF MICHAEL SALAME, MANAGER OF AIM HIGH INVESTMENT GROUP, LLC** |
| v. | |
| SPECTRUM LABORATORIES, LLC, | |
| Defendants. | |
| SPECTRUM LABORATORIES, LLC, | |
| Cross-Claimant, | |
| v. | |
| AIM HIGH INVESTMENT GROUP, LLC | |
| Cross-Defendant. | |

/ / /
/ / /
/ / /
/ / /
/ / /

Page 1 of 3

On July 22, 2025, Defendant/Cross-Claimant Spectrum Laboratories, LLC ("defendant" or "Spectrum"), filed its Application for Order Allowing Examination of Michael Salame, Manager of Aim High Investment Group, LLC ("Motion"). On July 24, 2025, the Court ordered defendant to serve its Motion on Plaintiff Aim High Investment Group, LLC ("plaintiff" or "Aim High") by alternative means other than the Court's CM/ECF system (ECF 149). On July 29, 2025, counsel for Spectrum mailed Aim High a copy of the Motion via United States Mail (ECF 150). On July 31, 2025, plaintiff was served the Motion via process server (ECF 151). Pursuant to LR 7-2(b) and FRCP 6(d), plaintiff's opposition was due on or before August 18, 2025. To date no opposition has been filed. Therefore, defendant respectfully requests that the Court grant its Application for Order Allowing Examination of Michael Salame, Manager of Aim High Investment Group, LLC.

DATED this 19th day of August, 2025.

HUTCHISON & STEFFEN, PLLC

*/s/ Matthew S. McLaughlin*
_____
Joseph R. Ganley (5643)
Matthew S. McLaughlin (16110)
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145

*Attorneys for Defendant/Cross-Claimant Spectrum Laboratories, LLC*

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of HUTCHISON & STEFFEN, PLLC and that on this 19th day of August, 2025, I caused the above and foregoing document, entitled **NOTICE OF NON-OPPOSITION TO DEFENDANT/CROSS-CLAIMANT SPECTRUM LABORATORIES, LLC'S APPLICATION FOR ORDER ALLOWING EXAMINATION OF MICHAEL SALAME, MANAGER OF AIM HIGH INVESTMENT GROUP, LLC** to be served as follows:

☒ by placing the same to be deposited for mailing in the Unites States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada; and/or

☐ to be sent via facsimile; and/or

☒ to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

to the parties or attorney(s) listed below at the address and/or facsimile number indicated below:

| | |
|---|---|
| Aim High Investment Group LLC<br>Attn: Michael Salame, Manager<br>4980 Statz St., Unit 120<br>North Las Vegas, NV 89081<br><br>*Via U.S. Mail* | **ALL PARTIES ON THE E-SERVICE LIST**<br><br>*Via CM/ECF* |

*/s/ Heather Shepherd*
An Employee of Hutchison & Steffen, PLLC