Joseph R. Ganley (5643)
Matthew S. McLaughlin (16110)
HUTCHISON & STEFFEN, PLLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
Tel:     (702) 385-2500
Fax:     (702) 385-2086
jganley@hutchlegal.com
mmclaughlin@hutchlegal.com

David B. Cupar (Admitted *Pro Hac Vice*)
Matthew J. Cavanagh (Admitted *Pro Hac Vice*)
MCDONALD HOPKINS LLC
600 Superior Avenue, Suite 2100
Cleveland, OH 4414
Tel:     (216) 348-5730
Fax:     (216) 348-5474
dcupar@mcdonaldhopkins.com
mcavanagh@mcdonaldhopkins.com

*Attorneys for judgment creditor*
*Spectrum Laboratories, LLC*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| AIM HIGH INVESTMENT GROUP, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SPECTRUM LABORATORIES, LLC,<br><br>Defendants. | Case No. 2:22-cv-00158-GMN-DJA<br><br>**ORDER GRANTING EXAMINATION OF MICHAEL SALAME, MANAGER OF AIM HIGH INVESTMENT GROUP, LLC** |
| SPECTRUM LABORATORIES, LLC,<br><br>Cross-Claimant,<br><br>v.<br><br>AIM HIGH INVESTMENT GROUP, LLC<br><br>Cross-Defendant. | |

Production Date: October 13, 2025

Examination Date/Time:  October 17, 2025 at 10:00 a.m.

Location:  Hutchison & Steffen, PLLC

It appearing to the Court from judgment creditor Spectrum Laboratories, LLC's ("Spectrum" or "judgment creditor") application allowing for the examination of Michael Salame ("Salame") as manager for judgment debtor, Aim High Investment Group, LLC ("Aim High" or "judgment debtor") (the "Application"), that on June 10, 2025, a judgment was entered against judgment debtor Aim High Investment Group, LLC, and good cause otherwise appearing,

IT IS HEREBY ORDERED that Salame produce documents on or before close of business on October 13, 2025 by hand delivery of the documents to the law offices of Hutchison & Steffen, PLLC, Peccole Professional Park, 10080 W. Alta Dr., Suite 200, Las Vegas, NV 89145.  The list of documents are attached hereto as exhibit 1 and incorporated herein by reference as part of this Court's order.

IT IS FURTHER ORDERED that Salame be and hereby is ordered to appear at the law offices of Hutchison & Steffen, PLLC, Peccole Professional Park, 10080 W. Alta Dr., Suite 200, Las Vegas, NV 89145 on October 17, 2025 at the hour of 10:00 a.m. to testify under oath concerning Aim High's assets, finances, and property.

The judgment debtor exam shall comply with NRS 21.270, including the provisions that the oath will be taken by a notary public, and that the exam will be recorded and kept for two years as is required.

**TOPICS ON WHICH MICHAEL SALAME, AS MANAGER OF AIM HIGH, SHOULD BE ABLE TO COMPETENTLY DISCUSS**

1.  Bank records;

2.  Real property;

3.  Assets;

4.  Business interests; and

5.  Investments

1      Failure to appear at the time and place stated above may result in Salame being held in

2    contempt of this Court in accordance with NRS 21.270(3)

3       IT IS SO ORDRED this ___ day of _____, 2025.

_____

Respectfully submitted by:
HUTCHISON & STEFFEN, PLLC

*/s/ Matthew S. McLaughlin*
_____
Joseph R. Ganley (5643)
Matthew S. McLaughlin (16110)
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
jganley@hutchlegal.com
mmclaughlin@hutchlegal.com

*Attorneys for judgment creditor*
*Spectrum Laboratories, LLC*