# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Aim High Investment Group, LLC, | Case No. 2:22-cv-00158-GMN-DJA |
| Plaintiff, | |
| v. | **Order**<br>**and**<br>**Order to Show Cause** |
| Spectrum Laboratories, LLC, | |
| Defendant. | |
| And related cross claims. | |

Defendant/Cross-Claimant Spectrum Laboratories, LLC moves the Court for an order directing Michael Salame, manager of Plaintiff/Cross-Defendant Aim High Investment Group, LLC, to appear and show cause as to why the Court should not hold him in contempt for failing to appear at the October 23, 2025, court-ordered judgment debtor examination.  (ECF No. 161) (motion for order to show cause); (ECF No. 159) (order granting Spectrum's motion for judgment debtor examination).  Spectrum also seeks sanctions in the form of its attorneys' fees and costs. (ECF No. 161).  Spectrum has filed a certificate of service showing that it served a notice of taking the examination of Salame and its first set of requests for production of documents on Aim High by personally serving its registered agent on September 26, 2025.  (ECF No. 160). Spectrum also filed a certificate of service for its motion for an order to show cause, which certificate demonstrates that Spectrum mailed the motion to Aim High.  (ECF No. 162).

Nonetheless, Salame did not appear at the judgment debtor examination and no party has responded to the motion for order to show cause, constituting consent to the Court granting it. *See* LR 7-2(d).  The Court will therefore grant the motion and set a hearing at which Salame must appear and show cause why the undersigned magistrate judge should not certify the facts of Salame's failure to appear at the October 23, 2025, court-ordered judgment debtor examination to

the Honorable United States District Judge Gloria M. Navarro under 28 U.S.C. § 636(e)(6)(B)(iii).

Also before the Court is Spectrum's motion to compel Aim High to permit Spectrum to enter Aim High's warehouse for an inspection under Federal Rule of Civil Procedure 34(a)(2) and to produce documents under Rule 34(a)(1) in response to Spectrum's September 18, 2025, discovery requests in aid of execution under Rule 69(a)(2). (ECF No. 166). Spectrum also moves for its fees and costs incurred in bringing the motion to compel. Spectrum attaches an exhibit showing that it served its request for production of documents by mail on Aim High via Salame at two separate addresses on September 18, 2025. (ECF No. 166-1 at 12). Spectrum also includes a declaration stating that it served its notice of a site inspection for January 16, 2026, on Aim High and Salame by mail on December 19, 2025. (ECF No. 166-2 at 2). Nonetheless, Salame did not respond to the document requests and would not allow the January 16, 2026, site inspection to proceed. (*Id.* at 2, 3). No party has responded to the motion to compel, constituting their consent to the Court granting it. *See* LR 7-2(d). The Court therefore grants the motion to compel and will require Aim High to allow Spectrum to conduct its requested inspection on or before July 20, 2026, and to produce documents in response to Spectrum's requests for production on or before July 20, 2026, thirty days after the deadline the Court provides for Spectrum to serve a copy of this order. The Court will hear the issue of whether it should require Aim High to pay Spectrum's attorney's fees and costs at the show cause hearing. *See* Fed. R. Civ. P. 37(a)(5)(A).

**IT IS THEREFORE ORDERED** that Spectrum's motion for an order to show cause (ECF No. 161) is **granted in part and denied in part.** It is granted in part regarding Spectrum's request that the Court order Salame to show cause. It is denied in part regarding Spectrum's request that the Court order Salame to show cause why Aim High should not be held in contempt.

**IT IS FURTHER ORDERED** that Michael Salame must appear in person on **July 29, 2026, at 1:30 PM in LV Courtroom 3A** before the Honorable United States Magistrate Judge Daniel J. Albregts and show cause why the undersigned magistrate judge should not certify the

facts of Salame's failure to appear at the October 23, 2025, court-ordered judgment debtor examination to the Honorable United States District Judge Gloria M. Navarro under 28 U.S.C. § 636(e)(6)(B)(iii).  The Court will further hear the issue of whether it should require Aim High to pay Spectrum's attorney's fees and costs incurred in conducting the January 16, 2026, site inspection and in bringing its motion to compel at the July 29, 2026, hearing.

**IT IS FURTHER ORDERED** that Aim High's motion to compel (ECF No. 166) is **granted.**  Aim High must allow Spectrum to conduct its requested inspection on or before **July 20, 2026,** and Aim High must serve its responses to Spectrum's requests for production on or before **July 20, 2026**.

**IT IS FURTHER ORDERED** that Spectrum must personally serve a copy of this order on Salame and on Aim High and file a proof of that service on or before **June 19, 2026.**

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to **send** a copy of this order to Salame and Aim High at the below addresses:

**Aim High Investment Group LLC**
Attn: Michael Salame, Manager
4980 Statz St., Unit 120
North Las Vegas, NV 89081

**Aim High Investment Group LLC**
Attn: Michael Salame, Manager
2010 Shenley Ct.
Las Vegas, NV 89117

**Aim High Investment Group LLC**
c/o Russel S. Garrett
340 E. Warm Springs Rd., St. 110
Las Vegas, NV 89119

DATED: June 5, 2026,

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE